**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____

Chapter you are filing under:

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- |
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **David**<br>First name<br><br>Middle name<br><br>**Engel**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **David Stuart Engel**<br>**David S. Engel** |  |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-9499 |  |

Debtor 1    **David Engel**    Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | | |
| | EIN | EIN |

**5. Where you live**

**1900 Corsica Drive**
**Wellington, FL 33414**
Number, Street, City, State & ZIP Code

**Palm Beach**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1    **David Engel** _____    Case number *(if known)* _____

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |

**7.    The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.    How you will pay the fee**

- ☑ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.    Have you filed for bankruptcy within the last 8 years?**

- ☑ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.    Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☑ No
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.    Do you rent your residence?**

- ☑ No.    Go to line 12.
- ☐ Yes.    Has your landlord obtained an eviction judgment against you?

    - ☐ No. Go to line 12.
    - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1  **David Engel**                                           Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12.** **Are you a sole proprietor of any full- or part-time business?**

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  None of the above

---

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U. S. C. § 1182(1)?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

■ No.

☐ Yes.   What is the hazard?    _____

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1    **David Engel**

Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **David Engel**                                                    Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☑ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ David Engel**
_____          _____
**David Engel**                                           Signature of Debtor 2
Signature of Debtor 1

Executed on    **March  8, 2023**                 Executed on   _____
MM / DD / YYYY                                              MM / DD / YYYY

Debtor 1    **David Engel**                                          Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Christian Panagakos**                              Date    **March  8, 2023**
Signature of Attorney for Debtor                                  MM / DD / YYYY

**Christian Panagakos 065579**
Printed name

**Florida Bankruptcy Advisors, P.L.**
Firm name

**120 E. Oakland Park Blvd.**
**Suite 105**
**Fort Lauderdale, FL 33334**
Number, Street, City, State & ZIP Code

Contact phone    **954-600-8990**                      Email address    _____

**065579 FL**
Bar number & State

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David Engel** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

| Part 1: | Summarize Your Assets |
|---|---|

**Your assets**
Value of what you own

| | | |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B......................................................... | $ 710,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B................................................ | $ 224,470.15 |
| | 1c. Copy line 63, Total of all property on Schedule A/B......................................................... | $ 934,470.15 |

| Part 2: | Summarize Your Liabilities |
|---|---|

**Your liabilities**
Amount you owe

| | | |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 487,623.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............................. | $ 0.00 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 36,252.00 |
| | **Your total liabilities** | $ 523,875.00 |

| Part 3: | Summarize Your Income and Expenses |
|---|---|

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) | |
| | Copy your combined monthly income from line 12 of *Schedule I*............................................... | $ 13,916.12 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | |
| | Copy your monthly expenses from line 22c of *Schedule J*....................................................... | $ 11,918.93 |

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor 1    **David Engel**_____    Case number *(if known)*_____

8.  **From the** *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |

9g. **Total.** Add lines 9a through 9f.

$ _____

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **David Engel** |
| | First Name  Middle Name  Last Name |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number | |

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ☑ Yes.  Where is the property?

**1.1**

**1900 Corsica Drive**
Street address, if available, or other description

**Wellington            FL      33414-0000**
City                            State        ZIP Code

**Palm Beach**
County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $710,000.00 | $710,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Tenancy by the Entireties (TBE)**

☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................................................................=>**

| |
|---|
| $710,000.00 |

**Part 2: Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1    **David Engel**                                      Case number *(if known)*

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Acura** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

3.1 Make: **Acura**
Model: **RDX**
Year: **2021**
Approximate mileage: **13,000**
Other information:

VIN: 5J8TC1H67ML020884

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$40,000.00**
Current value of the portion you own? **$40,000.00**

3.2 Make: **Honda**
Model: **Civic**
Year: **2019**
Approximate mileage: **33,000**
Other information:

VIN: 2HGFC3A51KH755171

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$22,000.00**
Current value of the portion you own? **$22,000.00**

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................=>  **$62,000.00**

**Part 3:** Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

See attached, all TBE with NFS (certain limited furniture/electronics held in trust for benefit of minor son)

**$3,880.00**

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
■ No
☐ Yes. Describe.....

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes. Describe.....

Debtor 1    **David Engel**                                          Case number *(if known)* _____

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
■ Yes.  Describe.....

| | |
|---|---|
| Set of golf clubs (beginner set, ~ 15 yo), Tennis Racket, Rollerblades (~8 yo), Mountain bike (~5 yo), ping-pong table with paddles | $300.00 |
| Set of 4 rims (used & scratched) | $2,500.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
■ Yes.  Describe.....

| | |
|---|---|
| 1 Glock pistol + 1 AR pistol (both ~4 years old) + large and small gun safe | $1,000.00 |

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
■ Yes.  Describe.....

| | |
|---|---|
| Basic used clothes, of value to Debtor only | $200.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
■ Yes.  Describe.....

| | |
|---|---|
| Wedding ring/band, 2 watches | $350.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

☐ No
■ Yes.  Describe.....

| | |
|---|---|
| Golden doodle dog (~13 months old), sentimental value to debtor only | $0.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**

■ No
☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..........................................................................

$8,230.00

**Part 4:**  Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?                          **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

| Debtor 1 | **David Engel** | | Case number *(if known)* | |

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ■ No
   ☐ Yes.................................................................................................

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes......................

| | | Institution name: | |
|---|---|---|---|
| 17.1. | **Individual Savings (reqd for vehicle loan, Acura)** | **Space Coast Credit Union (#0316)** | **$0.00** |
| 17.2. | **Individual Savings (reqd for vehicle loan, Honda)** | **GTE Financial (#6970)** | **$0.00** |
| 17.3. | **Joint Checking (intent to close bc low balance/monthly fee)** | **CHASE (#1592), Joint checking with spouse** | **$0.15** |
| 17.4. | **Joint Checking (overdrawn)** | **CHASE (#2183) joint checking with spouse All deposits are from Debtor and Debtor's spouses wages** | **$0.00** |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ☐ No
   ■ Yes..................

| | Institution or issuer name: | |
|---|---|---|
| | **if so, only via IRA, as established via direct rollover from 401K (see #21 herein)** | **Unknown** |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **EIA, Inc. (Debtor believes the entity is a Delaware Corporation)** <br> **Debtor has a general belief that EIA is a holding company of 3 seperate companies (individually and collectively, the "Company")** <br> **The Company has multiple lawsuits pending (breach of contract and as related to labor disputes, in general terms), and is the core contributor to Debtor's financial hardships (created through personal guarantees on corporate debt and NY/other statutory laws that allegedly create liability to top shareholders on certain labor related issues, etc.).** <br> **It is Debtor's good-faith belief that all Company operations have terminated and processes have begun for Secured Creditors to regain their collateral, etc.  Good-faith believe that the Company has significant negative value given the circumstances.** | **19%** % | **$0.00** |

Debtor 1    **David Engel**                                                Case number *(if known)*

---

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ☐ No
   ■ Yes. Give specific information about them
                          Issuer name:

   **if so, only via IRA, as established via direct rollover from 401K (see #21 herein)**                                                                    **Unknown**

---

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ■ Yes. List each account separately.
                 Type of account:                    Institution name:

   **401(k) - funds rolled-over to IRA/Annuity**     **Voya Financial - 100% of funds were rolled-over to the Debtor's IRA/Annuity with Jackson Life Insurance Company (as disclosed herein)**                                           **$0.00**

   **IRA housing Annuity (Direct rollover from 401K post-emplyment w/ EIA)**     **Jackson Life Insurance Company / IRA (Direct rollover from Debtor's 401K with prior employer, Electronic Interface Associates, Inc. ("EIA")**                                           **$154,240.00**

---

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ☐ No
   ■ Yes. ....................                    Institution name or individual:

   **Deposit on a vehicle (non-refundable)**     **Toyota - Debtor placed a $1K deposit to reserve a vehicle (prior to purchasing current vehicles scheduled herein).  Debtor tried to get deposit $ returned but was told it was non-refundable.  Disclosed herein for notice purposes only.**                                           **$0.00**

---

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ☐ No
   ■ Yes.............                Issuer name and description.

   **via IRA, as established via direct rollover from 401K (see #21 herein)**                                                                    **Unknown**

---

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes.............                Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

---

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

---

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ☐ No
   ■ Yes.  Give specific information about them...

---

Debtor 1    **David Engel**                                                    Case number *(if known)*

| | |
|---|---|
| Debtor is the named Inventor on Patent No: US 10,518,700 B1 (Intrusion Detection System and Methods Thereof), filed on April 3, 2017 (Applicant is Track-Life, LLC) Debtor does not believe there is any value to the patent. | **$0.00** |

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☐ No
    ■ Yes.  Give specific information about them...

| | |
|---|---|
| Concealed carry license; NY State Alarm and Burglar License | **$0.00** |

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ☐ No
    ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| Possible joint tax refund from expected Joint Tax Return for 2022 | Federal | Unknown |
|---|---|---|

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Debtor and his non-filings spouse have term life insurance policies, where each is the beneficiary of the other's policy (Debtor has a $2M policy, NFS has a $500K policy).  See also IRA/Annuity disclosed herein. | Debtor and his Non-filing Spouse Aracelis Engel | **$0.00** |
| Vehicle insurance State Farm.  Debtor believes policy includes a $150K life insurance benefit re Debtor's minor son. | Debtor and his non-filing spouse | **$0.00** |

Official Form 106A/B                    Schedule A/B: Property                    page 6

Debtor 1    __David Engel__                                          Case number *(if known)* _____

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................

| |
|---|
| **$154,240.15** |

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

**Part 6:**  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
           If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

**Part 7:**  Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes.  Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here**  ...................................

| |
|---|
| **$0.00** |

Debtor 1  **David Engel**                                          Case number *(if known)* _____

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55.  **Part 1: Total real estate, line 2** .................................................................................................   $710,000.00

56.  **Part 2: Total vehicles, line 5**                                    $62,000.00

57.  **Part 3: Total personal and household items, line 15**             $8,230.00

58.  **Part 4: Total financial assets, line 36**                          $154,240.15

59.  **Part 5: Total business-related property, line 45**                 $0.00

60.  **Part 6: Total farm- and fishing-related property, line 52**        $0.00

61.  **Part 7: Total other property not listed, line 54**           +     $0.00

62.  **Total personal property.** Add lines 56 through 61...        $224,470.15    Copy personal property total     $224,470.15

63.  **Total of all property on Schedule A/B**. Add line 55 + line 62                            $934,470.15

| Schedule B – Personal Property (attachment) | |
|---|---|
| Debtor Name:  David S Engel | Co-Debtor Name: |
| Last four of SS#:    9499 | Last four of SS#: |

| List of all goods and furnishings in your home | | | | | |
|---|---|---|---|---|---|
| **LIVING ROOM** | **AGE** | **VALUE** | **BEDROOM #1** | **AGE** | **VALUE** |
| Sofa | 5 years old | $650.00 | Bed | 7 years old | $100.00 |
| Chair(s) | 2 years old | $100 | Night Stand(s) | 2 years old | $50.00 |
| Loveseat | | | Lamp(s) | 1 year old | $30.00 |
| Coffee Table | 2 years old | $50.00 | Chair | 20 years old | $50.00 |
| Desk | | | Desk | | |
| Lamp(s) | 5 years old | $50 | Dresser | | |
| Wall Unit | | | **BEDROOM #2** | **AGE** | **VALUE** |
| Credenza/Bookcase | 2 years old | $65.00 | Bed | 2 years | $45.00 |
| **FAMILY ROOM** | **AGE** | **VALUE** | Night Stand(s) | 5 years old | $45.00 |
| Sofa | 2 years old | $150.00 | Lamp(s) | 10 years old | $25.00 |
| Chair(s) | 6 years old | $75.00 | Chair | | |
| Loveseat | | | Desk | | |
| End Table | | | Dresser | 8 years old | $35.00 |
| Lamp | 7 years old | $35.00 | **BEDROOM #3** | **AGE** | **VALUE** |
| Desk | | | Bed | 2 years old | $45.00 |
| **DINING ROOM** | **AGE** | **VALUE** | Night Stand(s)   (one) | 2 years old | $15.00 |
| Table | 17 years old | $200.00 | Lamp(s) | | |
| Chair(s) | 17 years old | $100.00 | Chair | 3 years old | $25.00 |
| China Cabinet | | | Desk | 2 years old | $30.00 |
| Flatware/Silverware | 2 years old | $10.00 | Dresser | | |
| Pots/Pans | 15 years old | $60.00 | **ELECTRONICS** | **AGE** | **VALUE** |
| **PATIO** | **AGE** | **VALUE** | Cellular Phone(s) | 2 years | $250.00 |
| Patio Table | 2 years old | $25.00 | Television(s) Stereo(s) | 7 years old | $50.00 |
| Patio Chair(s) | 8 years | $60.00 | DVD | 15  years old | 20.00 |
| Lounge     Sofa | 2 years old | $85.00 | Video Game Console | | |
| Grill | 2 years old | $75.00 | Computer(s) | 2 years old | $250.00 |
| **OTHER** | **AGE** | **VALUE** | **OTHER** | **AGE** | **VALUE** |
| Office Speakers | 2 years old | $20.00 | Two Area Rugs | 15 years old | $50.00 |
| Office Desk | 8 years old | $35.00 | Office Desk | 2 years old | $35.00 |
| Bookshelf | 2 years old | $15.00 | Office Supplies | 1+ years old | $25.00 |
| Printer | 5 years old | $25.00 | Chandelier (Spouse) | 15 years old | $45.00 |
| File Cabinet | 2 years old | $20.00 | Sons Desktop Computer | 4 years old | $200.00 |
| Outdoor Bench | 2 years old | $15.00 | Sons Base Guitar | 8 years old | $75.00 |
| Office Chair | 7 years old | $20.00 | Sons Cell Phone | 4 years old | $150.00 |
| Books | 2-15 years old | $45.00 | Spouse Cell Phone | 2 years | $250.00 |
| | | | | | |

| TOTAL VALUE OF ALL GOODS AND FURNISHINGS IN YOUR HOME     $3,880.00 |
|---|

| Debtor's Signature:   *David S Engel* | Co-Debtor's Signature: |
|---|---|
| Date:   3/7/2023 | Date: |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David Engel** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                    4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **1900 Corsica Drive Wellington, FL 33414  Palm Beach County**<br>Line from *Schedule A/B*: **1.1** | $710,000.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. Art. X, § 4(a)(1); Fla Stat Ann Secs. 222.01 & 222.02** |
| **1900 Corsica Drive Wellington, FL 33414  Palm Beach County**<br>Line from *Schedule A/B*: **1.1** | $710,000.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **2019 Honda Civic 33,000 miles VIN: 2HGFC3A51KH755171**<br>Line from *Schedule A/B*: **3.2** | $22,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(1)** |
| **See attached, all TBE with NFS (certain limited furniture/electronics held in trust for benefit of minor son)**<br>Line from *Schedule A/B*: **6.1** | $3,880.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **1 Glock pistol + 1 AR pistol (both ~4 years old) + large and small gun safe**<br>Line from *Schedule A/B*: **10.1** | $1,000.00 | ■ $450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. Art. X, § 4(a)(2)** |

Debtor 1  **David Engel**                                    Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Basic used clothes, of value to Debtor only**<br>Line from *Schedule A/B*: **11.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. Art. X, § 4(a)(2)** |
| **Wedding ring/band, 2 watches**<br>Line from *Schedule A/B*: **12.1** | $350.00 | ■ $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. Art. X, § 4(a)(2)** |
| **IRA housing Annuity (Direct rollover from 401K post-employment w/ EIA): Jackson Life Insurance Company / IRA (Direct rollover from Debtor's 401K with prior employer, Electronic Interface Associates, Inc. ("EIA")**<br>Line from *Schedule A/B*: **21.2** | $154,240.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.21(2)** |
| **Federal: Possible joint tax refund from expected Joint Tax Return for 2022**<br>Line from *Schedule A/B*: **28.1** | Unknown | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ■ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David Engel** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

| 2.1 | **Flagstar Bank** |
|---|---|
| | Creditor's Name |

| **Describe the property that secures the claim:** | $396,962.00 | $710,000.00 | $0.00 |
|---|---|---|---|

**1900 Corsica Drive Wellington, FL 33414  Palm Beach County**

**Attn: Bankruptcy**
**5151 Corporate Drive**
**Troy, MI 48098**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| | **Opened 05/21  Last Active** | | | |
| Date debt was incurred | 2/01/23 | Last 4 digits of account number | **0776** |

Debtor 1  **David Engel**                                          Case number (if known) _____
    First Name       Middle Name      Last Name

| 2.2 | **GTE Financial** | **Describe the property that secures the claim:** | $38,505.00 | $22,000.00 | $16,505.00 |
|---|---|---|---|---|---|

Creditor's Name

> **2019 Honda Civic 33,000 miles**
> **VIN: 2HGFC3A51KH755171**

**Attn: Bankruptcy**
**Po Box 172599**
**Tampa, FL 33672**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred  **Opened 10/22  Last Active 2/27/23**     Last 4 digits of account number  **7008**

| 2.3 | **Space Coast Credit Union** | **Describe the property that secures the claim:** | $52,156.00 | $40,000.00 | $12,156.00 |
|---|---|---|---|---|---|

Creditor's Name

> **2021 Acura RDX 13,000 miles**
> **VIN: 5J8TC1H67ML020884**

**Attn: Bankruptcy**
**8045 N Wickham Road**
**Melbourne, FL 32940**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred  **Opened 10/22  Last Active 2/28/23**     Last 4 digits of account number  **0324**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $487,623.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $487,623.00 |

### Part 2:  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]

Name, Number, Street, City, State & Zip Code
**Flagstar Bank**
**5151 Corporate Drive**
**Troy, MI 48098**

On which line in Part 1 did you enter the creditor? **2.1**

Last 4 digits of account number ___

Debtor 1  **David Engel**                                          Case number (if known) _____
_____
First Name        Middle Name        Last Name

[ ]   Name, Number, Street, City, State & Zip Code          On which line in Part 1 did you enter the creditor?  __2.2__
**GTE Financial**
**711 E. Hendersen**                                   Last 4 digits of account number ___
**Tampa, FL 33602**

[ ]   Name, Number, Street, City, State & Zip Code          On which line in Part 1 did you enter the creditor?  __2.3__
**Space Coast Credit Union**
**8045 N Wickham Rd**                                  Last 4 digits of account number ___
**Melbourne, FL 32940**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David Engel** |
| | First Name · Middle Name · Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

**1.** **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

☐ Yes.

**2.** **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | **ATTACHED SCH E/F EXH "CUSTOMERS OF OR** | Last 4 digits of account number | N/A - see attached Exhibit | | |
| | Priority Creditor's Name | | Unknown | $0.00 | $0.00 |
| | **RELATED TO EIA ELECRICAL CORP, EIA INC., ELECTRONIC INTERFACE ASSOCIATES, INC, EIA ELECTRIC, INC,EIA DATACOM, INC,et al** | When was the debt incurred? | **All inclusive from inception of companies to present** | | |
| | Number Street City State Zip Code | | | | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☑ Other. Specify    **Deposits by individuals**

**Related to Debtor as an owner, officer, director, consultant, affiliate, etc., of any of the named/unnamed/related Companies (the "Companies"). All claims related to deposits, etc. by virtue of any and all applicable laws.**

46149

Debtor 1  **David Engel**                                Case number (if known) _____

| | | | | |
|---|---|---|---|---|

**2.2**

**ATTACHED SCH E/F EXH"EMPLOYEES OF OR**
Priority Creditor's Name
**RELATED TO EIA ELECRICAL CORP, EIA INC., ELECTRONIC INTERFACE ASSOCIATES, INC, EIA ELECTRIC, INC,EIA DATACOM, INC,et al**
Number Street City State Zip Code

Last 4 digits of account number   **N/A - see attached Exhibit**   **Unknown**   **Unknown**   **Unknown**

When was the debt incurred?   **All inclusive from inception of companies to present**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**
**Related to Debtor as an owner, officer, director, consultant, affiliate, etc., of any of the named/unnamed/related Companies (the "Companies"). All claims related to comp/payroll, benefits, etc. by virtue of any and all applicable laws.**

---

**2.3**

**Board of Trustees**
Priority Creditor's Name
**Communications Workers Local 1109**
**Pension Fund**
**1845 Utica Avenue**
**Brooklyn, NY 11019**
Number Street City State Zip Code

Last 4 digits of account number   _____   **Unknown**   **$0.00**   **$0.00**

When was the debt incurred?   _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Contributions to employee benefit plans**
**Pension related as to Companies**

---

**Part 2:**   **List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

                                                                                   **Total claim**

Debtor 1    **David Engel**                                    Case number (if known) _____

| 4.1 | **3100 NW 47th Avenue Property Investors** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**c/o Savanna Real Estate Finds
430 Park Ave.  12th Fl
New York, NY 10022**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

**When was the debt incurred?**    2023

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **Commerical Eviction/damages and potential liability imputed to debtor related to personal guarantee**

---

| 4.2 | **Affiliated Acceptance Corp** | Last 4 digits of account number    0559 | $0.00 |

Nonpriority Creditor's Name

**Out Of Business
Sunrise Beach, MO 65079**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

**When was the debt incurred?**    Opened  2/22/13  Last Active 9/01/13

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Installment Sales Contract**

---

| 4.3 | **Affirm, Inc.** | Last 4 digits of account number    7L0W | $0.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy
30 Isabella St, Floor 4
Pittsburgh, PA 15212**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

**When was the debt incurred?**    Opened 12/20  Last Active 6/10/21

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Unsecured**

---

Debtor 1    **David Engel**                                                    Case number *(if known)* _____

---

| 4.4 | **AKEEM HAYNES** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**c/o JOSEPH & KIRSCHENBAUM,
Auth Agent
32 Broadway, Suite 601
New York, NY 10004**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    2022

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Pending lawsuit, business debt**

---

| 4.5 | **AmeriCredit/GM Financial** | Last 4 digits of account number    3071 | **$0.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 183853
Arlington, TX 76096**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **Opened 01/21  Last Active 12/28/21**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Lease**

---

| 4.6 | **Attached Exh. of Co-Debtors (see Sch H)** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name



Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **to the extend any of the Co-Debtors have claims against the Debtor under any and all applicable law**

---

Debtor 1  **David Engel**                                               Case number (if known) _____

| | | | |
|---|---|---|---|
| 4.7 | **ATTACHED SCH E/F EXH "CUSTOMERS OF OR** | Last 4 digits of account number | **N/A - see attached Exhibit** |

**Unknown**

Nonpriority Creditor's Name
**RELATED TO EIA ELECRICAL CORP, EIA INC., ELECTRONIC INTERFACE ASSOCIATES, INC, EIA ELECTRIC, INC,EIA DATACOM, INC,et al**

When was the debt incurred?        **All inclusive from inception of companies to present**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Related to Debtor as an owner, officer, director, consultant, affiliate, guarantor, etc., of any of the named/unnamed/related Companies (the "Companies"). All claims by virtue of any and all applicable laws.**

| | | | |
|---|---|---|---|
| 4.8 | **ATTACHED SCH E/F EXH "EMPLOYEES OF OR** | Last 4 digits of account number | **N/A - see attached Exhibit** |

**Unknown**

Nonpriority Creditor's Name
**RELATED TO EIA ELECRICAL CORP, EIA INC., ELECTRONIC INTERFACE ASSOCIATES, INC, EIA ELECTRIC, INC,EIA DATACOM, INC,et al**

When was the debt incurred?        **All inclusive from inception of companies to present**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Related to Debtor as an owner, officer, director, consultant, affiliate, etc., of any of the named/unnamed/related Companies (the "Companies"). All claims by virtue of any and all applicable laws.**

Debtor 1  **David Engel**                                    Case number (if known) _____

---

**4.9**  **ATTACHED SCH E/F EXH "VENDORS OF OR**

Nonpriority Creditor's Name

**RELATED TO EIA ELECRICAL CORP, EIA INC., ELECTRONIC INTERFACE ASSOCIATES, INC, EIA ELECTRIC, INC,EIA DATACOM, INC,et al**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**N/A - see attached Exhibit**

Last 4 digits of account number _____

When was the debt incurred?    **All inclusive from inception of companies to present**

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Related to Debtor as an owner, officer, director, consultant, affiliate, etc., of any of the named/unnamed/related Companies (the "Companies"). All claims by virtue of any and all applicable laws.**

**Unknown**

---

**4.10**  **Attorney David R. Ehrlich**

Nonpriority Creditor's Name

**401 Franklin Avenue, Suite 300, Garden City, NY 11530**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred?    **2023**

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Legal services for pending labor law lawsuit**

**$1,500.00**

---

Debtor 1  **David Engel** _____    Case number (if known) _____

| 4.1<br>1 | **Attorney Douglas J Pick** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**Pick & Zabicki LLP**
**369 Lexington Avenue**
**12th Floor**
**New York, NY 10017**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Corporate legal services, listed in the abundance of caution regarding any personal liability debtor has to this debt**

---

| 4.1<br>2 | **Attorney Jeffrey M. Rosenthal** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**Mandelbaum Barrett PC**
**3 Becker Farm Road, Suite 105**
**Roseland, NJ 07068**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Corporate legal services, listed in the abundance of caution regarding any personal liability debtor has to this debt**

Debtor 1    **David Engel**                                        Case number (if known) _____

---

**4.1 3**

**Attorney Kamini Fox**
Nonpriority Creditor's Name
**825 East Gate Blvd., Suite 308**
**Garden City, NY 11530**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Corporate legal services, listed in the abundance of caution regarding any personal liability debtor has to this debt**

---

**4.1 4**

**Barclays Bank Delaware**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 8801**
**Wilmington, DE 19899**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **2389**        **$0.00**

When was the debt incurred?    **Opened 09/18  Last Active 11/18**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

**4.1 5**

**Board of Trustees**
Nonpriority Creditor's Name
**Communications Workers Local 1109**
**Pension Fund**
**1845 Utica Avenue**
**Brooklyn, NY 11019**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Pension related as to Companies**

---

Debtor 1  **David Engel**                                    Case number (if known) _____

---

| 4.1 6 | **Capital Bank N.A.** | Last 4 digits of account number | **6934** | $0.00 |

Nonpriority Creditor's Name

**2275 Research Blvd. Ste 600**
**Rockville, MD 20850**

When was the debt incurred?   **Opened  5/29/14  Last Active 5/27/20**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Credit Card**

---

| 4.1 7 | **Capitalone** | Last 4 digits of account number | **4628** | $1,605.00 |

Nonpriority Creditor's Name

**Po Box 31293**
**Salt Lake City, UT 84131**

When was the debt incurred?   **Opened 01/20  Last Active 2/20/23**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Charge Account**

---

| 4.1 8 | **Chase Auto Finance** | Last 4 digits of account number | **3511** | $0.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 901076**
**Fort Worth, TX 76101**

When was the debt incurred?   **Opened 10/21  Last Active 10/22**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Acura MDX (Debtor returned see SOFA - no $ owed per Debtor), NOTICE ONLY/Abundance of caution**

---

Debtor 1  **David Engel**                                              Case number (if known) _____

---

| 4.1 9 | **Citibank** | Last 4 digits of account number | **0153** | **$15,845.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**P.O. Box 790034**
**St Louis, MO 63179**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **Opened 10/19  Last Active 2/17/23**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.2 0 | **Citibank/Best Buy** | Last 4 digits of account number | **1107** | **$2,755.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**P.O. Box 790034**
**St Louis, MO 63179**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **Opened 08/08  Last Active 2/18/23**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Charge Account**

---

| 4.2 1 | **Comenity Bank/trek** | Last 4 digits of account number | **1223** | **$0.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 182125**
**Columbus, OH 43218**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **Opened  1/30/18  Last Active 4/10/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Charge Account**

---

Debtor 1    **David Engel**                                          Case number (if known) _____

| 4.2 2 | **Communications Workers of America Local** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**Brooklyn**
**1845 Utica Avenue**
**Brooklyn, NY 11234**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Potential unpaid wages claim**

---

| 4.2 3 | **Covenant Construction LLC** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**6869 Blue Bay Circle**
**Attn: Amanda Shields**
**Lake Worth, FL 33467**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Potential claim stemming from work performed on debtor's homestead property**

---

| 4.2 4 | **Dell Financial Services** | Last 4 digits of account number  7229 | **$0.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**P.O. Box 81577**
**Austin, TX 78708**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**When was the debt incurred?**    **Opened  3/07/19  Last Active 11/30/21**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Charge Account**

---

Debtor 1  **David Engel**                                              Case number (if known) _____

| 4.2 5 | **Discover Financial** | **Last 4 digits of account number** | 4424 | $4,840.00 |

Nonpriority Creditor's Name

**Po Box 30939**
**Salt Lake City, UT 84130**

Number Street City State Zip Code

**When was the debt incurred?**    **Opened 12/21  Last Active 2/21/23**

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Credit Card**

---

| 4.2 6 | **Dr Gerald Finkel** | **Last 4 digits of account number** | | **Unknown** |

Nonpriority Creditor's Name

**c/o Matthew Kelly, Esq., Auth Agent**
**158-11 Harry Van Arsdale Jr Ave.**
**Flushing, NY 11365**

Number Street City State Zip Code

**When was the debt incurred?**    **2023**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Arbitration demand, business debt**

---

| 4.2 7 | **Greg Cononico** | **Last 4 digits of account number** | | **Unknown** |

Nonpriority Creditor's Name

**c/o Seigel & Waxman Law Firm**
**Auth. Agent**
**591 Stewart Ave., Suite 550**
**Garden City, NY 11530**

Number Street City State Zip Code

**When was the debt incurred?**    **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Labor law dispute, business debt (name mispelled on lawsuit)**

---

Debtor 1    **David Engel**                                      Case number (if known)

---

**4.2 8**

**HANS ARBELAEZ**
Nonpriority Creditor's Name
**c/o Goodley McCarthy LLC**
**One Liberty Place**
**1650 Market Street, Suite 3600**
**Philadelphia, PA 19103**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**                    **Unknown**

**When was the debt incurred?**    2023

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Pending lawsuit, business debt**

---

**4.2 9**

**Illana Morales**
Nonpriority Creditor's Name
**c/o Siegel & Waxman Law Firm**
**Auth. Agent**
**591 Stewart Ave., Suite 550**
**Garden City, NY 11530**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**                    **Unknown**

**When was the debt incurred?**    2022

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Labor law dispute, business debt**

---

Debtor 1  **David Engel**                                     Case number (if known) _____

| 4.3 0 | **Imran Brijbasi** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**c/o Jessica Massimi, Esq. Auth Agent**
**99 Wall Street**
**Suite 1264**
**New York, NY 10005**
Number Street City State Zip Code

When was the debt incurred?   **2021**

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Pending lawsuit, business debt**

| 4.3 1 | **International Brotherhood of Electrical** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**Workers**
**158-11 Harry Van Arsdale Jr. Ave.**
**Flushing, NY 11365**
Number Street City State Zip Code

When was the debt incurred?   _____

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Potential unpaid wages claim**

| 4.3 2 | **IRAKLI BAJUNAISHVILI** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**c/o JOSEPH & KIRSCHENBAUM**
**32 Broadway, Suite 601**
**New York, NY 10004**
Number Street City State Zip Code

When was the debt incurred?   **2022**

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Pending lawsuit, business debt**

Debtor 1  **David Engel**                                              Case number (if known) _____

| | | |
|---|---|---|
| **4.3 3** | **JASON PASCALL** | Last 4 digits of account number _____    **Unknown** |

Nonpriority Creditor's Name
**c/o JOSEPH & KIRSCHENBAUM, Auth. Agent**
**32 Broadway, Suite 601**
**New York, NY 10004**
Number Street City State Zip Code

When was the debt incurred?    **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Pending lawsuit, business debt**

---

| | | |
|---|---|---|
| **4.3 4** | **NKOSI DOYLE** | Last 4 digits of account number _____    **Unknown** |

Nonpriority Creditor's Name
**c/o JOSEPH & KIRSCHENBAUM, Auth. Agent**
**32 Broadway, Suite 601**
**New York, NY 10004**
Number Street City State Zip Code

When was the debt incurred?    **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Pending lawsuit, business debt**

---

| | | |
|---|---|---|
| **4.3 5** | **PHH Mortgage** | Last 4 digits of account number  **3571**    **$0.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 5452**
**Mount Laurel,, NJ 08054**
Number Street City State Zip Code

When was the debt incurred?    **Opened 07/07  Last Active 04/08**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  _____

---

Debtor 1  **David Engel**                                        Case number (if known) _____

| 4.3 6 | **PNC Bank** | | Last 4 digits of account number | **3122** | | $0.00 |

Nonpriority Creditor's Name
**2730 Liberty Avenue**
**Pittsburgh, PA 15222**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Prior HELOC on former property (written off, notice only)**

---

| 4.3 7 | **Syncb/hdceap** | | Last 4 digits of account number | **7256** | | $0.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 965060**
**Orlando, FL 32896**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **Opened  7/14/17  Last Active 10/09/20**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Charge Account**

---

| 4.3 8 | **Syncb/Verizon** | | Last 4 digits of account number | **3073** | | $89.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 965060**
**Orlando, FL 32896**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **Opened 01/22  Last Active 2/15/23**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

Debtor 1    **David Engel**                                          Case number (if known) _____

| 4.3 9 | **Synchrony Bank/HH Gregg** | Last 4 digits of account number | **0703** | **$0.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 965060**
**Orlando, FL 32896**

When was the debt incurred?    **Opened 07/08  Last Active 01/13**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Charge Account**

---

| 4.4 0 | **Synchrony Bank/HHGregg** | Last 4 digits of account number | **7326** | **$5,947.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 965060**
**Orlando, FL 32896**

When was the debt incurred?    **Opened 08/21  Last Active 2/02/23**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Charge Account**

---

| 4.4 1 | **Synchrony Bank/Money Sport** | Last 4 digits of account number | **8500** | **$0.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 965060**
**Orlando, FL 32896**

When was the debt incurred?    **Opened  7/25/19  Last Active 6/08/20**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Charge Account**

---

Debtor 1    **David Engel**                                         Case number (if known) _____

---

| 4.4 2 | **Synchrony/PayPal Credit** | Last 4 digits of account number | **0483** | **$3,671.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 965060**
**Orlando, FL 32896**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**    **Opened 07/17  Last Active 2/13/23**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Credit Card**

---

| 4.4 3 | **TD Bank, N.A.** | Last 4 digits of account number | **4686** | **$0.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**32 Chestnut Street Po Box 1377**
**Lewiston, ME 04243**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**    **Opened  2/08/06  Last Active 3/25/21**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Credit Card**

---

| 4.4 4 | **Valentina Bulgakova** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**c/o Seigel & Waxman Law Firm,**
**Auth Agent**
**591 Stewart Ave., Suite 550**
**Garden City, NY 11530**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is: Check all that apply**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Labor law dispute, business debt**

---

Debtor 1   **David Engel**                                           Case number (if known) _____

---

**4.4 5**

**Wells Fargo Dealer Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**1100 Corporate Center Drive**
**Raleigh, NC 27607**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **5146**                $0.00

**When was the debt incurred?**    **Opened 12/11  Last Active 10/12/15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Automobile**

---

**4.4 6**

**White Oak Commerical Finance LLC**
Nonpriority Creditor's Name
**c/o Thompson Coburn, Auth. Agent**
**488 Madison Ave**
**New York, NY 10022**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   _____        Unknown

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Pending lawsuit, business debt**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **3100 NW 47th Avenue Property Investors**<br>**c/o Belkin Burden et al, Auth Agent**<br>**One Grand Central Place**<br>**60 East 42nd St. Suite 1620**<br>**New York, NY 10165** | Line **4.1** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Affiliated Acceptance Corp**<br>**Po Box 790001**<br>**Sunrise Beach, MO 65079** | Line **4.2** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Affirm, Inc.**<br>**650 California St Fl 12**<br>**San Francisco, CA 94108** | Line **4.3** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims |

Debtor 1  **David Engel**    Case number (if known) _____

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **AmeriCredit/GM Financial**<br>Po Box 181145<br>Arlington, TX 76096 | Line **4.5** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Attorneys: Weissman & Mintz LLC**<br>One Executive Drive Suite 200<br>Somerset, NJ 08873 | Line **4.15** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Attorneys: Weissman & Mintz LLC**<br>One Executive Drive Suite 200<br>Somerset, NJ 08873 | Line **2.3** of (Check one):<br>■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Barclays Bank Delaware**<br>P.o. Box 8803<br>Wilmington, DE 19899 | Line **4.14** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Capital Bank N.A.**<br>Po Box 8130<br>Reston, VA 20195 | Line **4.16** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Chase Auto Finance**<br>700 Kansas Lane<br>Monroe, LA 71203 | Line **4.18** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Citibank**<br>Po Box 6217<br>Sioux Falls, SD 57117 | Line **4.19** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Citibank/Best Buy**<br>Po Box 6497<br>Sioux Falls, SD 57117 | Line **4.20** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Comenity Bank/trek**<br>Po Box 182789<br>Columbus, OH 43218 | Line **4.21** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Communications Workers of America Local Suffolk**<br>39 Baker St,<br>Patchogue, NY 11772 | Line **4.22** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Dell Financial Services**<br>Po Box 81607<br>Austin, TX 78708 | Line **4.24** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

Debtor 1  **David Engel**                                                    Case number (if known) _____

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **PHH Mortgage**<br>**1 Mortgage Way**<br>**Mount Laurel, NJ 08054** | Line **4.35** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Syncb/hdceap**<br>**C/o Po Box 965036**<br>**Orlando, FL 32896** | Line **4.37** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Syncb/Verizon**<br>**Po Box 965015**<br>**Orlando, FL 32896** | Line **4.38** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Synchrony Bank/HH Gregg**<br>**C/o Po Box 965036**<br>**Orlando, FL 32896** | Line **4.39** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Synchrony Bank/HHGregg**<br>**C/o Po Box 965036**<br>**Orlando, FL 32896** | Line **4.40** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Synchrony Bank/Money Sport**<br>**C/o Po Box 965036**<br>**Orlando, FL 32896** | Line **4.41** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Synchrony/PayPal Credit**<br>**Po Box 965005**<br>**Orlando, FL 32896** | Line **4.42** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **TD Bank, N.A.**<br>**Td Bank Usbc**<br>**Greenville, SC 29607** | Line **4.43** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Thomas J. Lilly, Esq.**<br>**Arbitrator**<br>**585 Stewart Ave Ste 410**<br>**Garden City, NY 11530** | Line **4.26** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Wells Fargo Dealer Services**<br>**Po Box 71092**<br>**Charlotte, NC 28272** | Line **4.45** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

**Part 4:**   **Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |

Debtor 1   **David Engel**                                        Case number (if known) _____

| | | | | | | |
|---|---|---|---|---|---|---|
| **from Part 1** | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 0.00 | |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 | |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 | |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 0.00 | |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 36,252.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 36,252.00 |

**Employees, etc. related to any of the Companies see Schedlue E and Schedule F**
**(see also NY CLS Bus Corp § 630, Liability of shareholders for wages due to laborers, servants or employees)**

| Last Name | First Name | Middle Name | Address Line 1 | Address Line 2 | City | State | Zip / Postal Code | Approx. Hire Date (Good-Faith) |
|---|---|---|---|---|---|---|---|---|
| Abramova | Milida | | 1230 Avenue Y | a12 | Brooklyn | NY | 11235 | 10/07/2019 |
| Abreu | Victor | | 59 Scooter Ln | | Hicksville | NY | 11801 | 03/25/2019 |
| Abreu | Rodolfo | | 82-58 241st St | | Bellerose | NY | 11426 | 07/24/2018 |
| Actille | Ian | | 443 Jefferson Avenue | 2L | Brooklyn | NY | 11221 | 08/15/2022 |
| Adkins | Michael | F | 135-14 230th street | | Laurelton | NY | 11413 | 08/02/2017 |
| Adolphe | Felix | | 1599 Lincoln Place | | Brooklyn | NY | 11233 | 08/10/2020 |
| Adorno | Reginald | | 1457 Rosedale Avenue, 2 | | Bronx | NY | 10460 | 08/01/2017 |
| Aguda | Michael | A | 2849 Harrington Ave | Bronx | Bronx | NY | 10461 | 07/14/2017 |
| Ahearn | Christopher | K | 95 E Mosholu Pkwy N | Bronx | Bronx | NY | 10467 | 10/29/2018 |
| Ajike | Odizie | | 1 B Starboard Ct | apt # 2 | Bronx | NY | 10473 | 06/11/2018 |
| Alatzelis | George | | 21-36 77th Street | B1 | East Elmhurst | NY | 11370 | 09/01/2019 |
| Alcantara Minaya | Geury | Ancelmo | 51 Prospect Street | 51 | Garfield | NJ | 07026 | 04/12/2022 |
| Alija | Xhafer | | 39 Crestwater Court | | Staten Island | NY | 10305 | 09/28/2020 |
| Allen | John | | 629 Cleveland Street | | Brooklyn | NY | 11208 | 10/04/2019 |
| Almonte | Elisa | | 2574 Bainbridge Avenue | Apt 2 | Bronx | NY | 10458 | 05/31/2019 |
| Alston | Christopher | | 1260 Loring Avenue | Apt 1G | Brooklyn | NY | 11208 | 10/22/2019 |
| Alvarez | Benny | | 8419 25th Avenue | | East Elmhurst | NY | 11370 | 09/25/2015 |
| Amberger | Micheal | | 89 Eltingville Boulevard | | Staten Island | NY | 10312 | 11/16/2022 |
| Amezquta Remiguio | Angel | G | 1581 Park Avenue | Manhattan | New York | NY | 10029 | 04/08/2022 |
| Anikewich | Stephen | | 129 Pollok Place | | Hicksville | NY | 11801 | 07/14/2022 |
| Annunziata | Jeffrey | | 492 4th Street | | Franklin Square | NY | 11010 | 07/21/2022 |
| Antosh | Vitaliy | | 301 Oriental Blvd | Brooklyn | New York | NY | 11235 | 09/27/2017 |
| Appiah | Kristie | | 2628 Linden Boulevard | 3D | Brooklyn | NY | 11208 | 11/01/2019 |
| Arbelaez | Hans | | 126 Palermo Street | | Central Islip | NY | 11722 | 05/14/2018 |
| Arbouine | Lynval | L | 65-45 Parsons Blvd | Queens | New York | NY | 11365 | 04/16/2018 |
| Arriola-Colon | Elizabeth | D | 330 Dumont Avenue | Apt 8G | Brooklyn | NY | 11212 | 06/21/2019 |
| Artis | Kahmal | J | 56 Laurel Street | | Paterson | NJ | 07522 | 05/30/2017 |
| Auerbach | Michael | | PO Box 220130 | | Great Neck | NY | 11022 | 03/19/2019 |
| Aviles | Steven | | 129 Beacon Ln | Bronx | New York | NY | 10473 | 09/25/2017 |
| Ayala | Dayan | Gerardo | 106-22 50th Ave | Queens | Corona | NY | 11368 | 09/18/2017 |
| Ayala | Angel | | 2320 Fish Avenue | | Bronx | NY | 10469 | 07/22/2019 |
| Baboolal | David | | 189 Beach 60th Street | 2 | Queens | NY | 11692 | 08/17/2022 |
| Baez | Santiago | | 600 W 174th St | #A36 | New York | NY | 10033 | 06/17/2019 |
| Bajnath | Mohendranuth | | 101-61 Lefferts Boulevard | | South Ritchmood Hill | NY | 11419 | 10/18/2019 |
| Bajunaishvili | Irakli | | 218 cranbury circle | | East Brunswick | NJ | 08816 | 04/16/2018 |
| Balakhani | Mehdi | | 14 Bay 28th Street | | Brooklyn | NY | 11214 | 03/09/2020 |
| Banasios | Kyriakos | Panayiotis | 21-78 35th Street | | Astoria | NY | 11105 | 12/10/2019 |
| Barahona | Francisco | | 41-55 Case Street | | Queens | NY | 11373 | 08/22/2022 |
| Baran | Konrad | | 373 Rose Street | | Massapequa Park | NY | 11762 | 06/12/2019 |
| Barcliff | Tatiana | Roberta | 1736 Ralph Avenue | 1D | Brooklyn | NY | 11236 | 03/20/2022 |

Employees, etc. related to any of the Companies see Schedlue E and Schedule F
(see also NY CLS Bus Corp § 630, Liability of shareholders for wages due to laborers, servants or employees)

| Last Name | First Name | Middle Name | Address Line 1 | Address Line 2 | City | State | Zip / Postal Code | Approx. Hire Date (Good-Faith) |
|---|---|---|---|---|---|---|---|---|
| Barker | Floyd | | 4-51 Beach 67th St | Queens | New York | NY | 11692 | 07/25/2018 |
| Barnett | Wayne | | 1633 Coleman St | | Brooklyn | NY | 11234 | 03/04/2019 |
| Barrera Camilo | German | Felix | 1707 Boston Road | 3C | Bronx | NY | 10460 | 01/18/2022 |
| Barriera | Miguel | A | 84-44 63rd Avenue | | Middle Village | NY | 11379 | 04/12/2021 |
| Bascom | Raymond | | 1367 Sterling Place | Apt 8B | Brooklyn | NY | 11213 | 01/04/2016 |
| Basdeo | Dyanand | | 808 Howard AVE | Unit B | Mamaroneck | NY | 10543 | 04/23/2018 |
| Basnet | Rakcha | | 31-44 85th St | | Queens | NY | 11370 | 02/25/2019 |
| Baugh | Gregory | A | 371 chestnut ct | | Brooklyn | NY | 11208 | 10/03/2019 |
| Beaty | Douglas | | 130-30 229th Street | | Laurelton | NY | 11413 | 05/23/2011 |
| Beauvais | Steeven | | 276 Jefferson Avenue | 2B | Brooklyn | NY | 11216 | 08/15/2022 |
| Bechtold | Adam | M | 199-16 21st Avenue | Manhattan | New York | NY | 11357 | 04/16/2018 |
| Beck | Keith | B | 22 Brennan Ct | | Chester | NY | 10918 | 08/15/2017 |
| Begum | Sharmina | | 162-20 89th Avenue | 1D | Queens | NY | 11432 | 12/11/2019 |
| Belau | Eugene | | 37 Whittingham Terrace | | Millburn | NJ | 07041 | 11/22/2021 |
| Belendes | Violeta | | 33-34 98th St | Floor 2 | New York | NY | 11368 | 05/21/2018 |
| Beltre | Sergio | A | 75 Stevens Ave | | Yonkers | NY | 10704 | 07/26/2017 |
| Benevento | Nicholas | P | 35 Avenue A APT 2D | Manhattan | New York | NY | 10009 | 09/26/2017 |
| Benjamin Sanchez | Jose | E | 17 7th Avenue | | Farmingdale | NY | 11735 | 08/07/2017 |
| Benyahmeen | Ari | | 245 Lenox Rd | #6H | Brooklyn | NY | 11226 | 07/02/2019 |
| Bermeo | Jefferson | Javier | 130-15 177th Street 1 floor | | Queens | NY | 11365 | 08/15/2018 |
| Berrios | Daniel | | 24-44 Crescent Street | Apt 2 | Queens | NY | 11102 | 10/26/2020 |
| Betancourt | Charles | | 1829 Topping Ave | Apt 3 | Bronx | NY | 10457 | 01/10/2019 |
| Bey | Tellok | | 2121 Westbury Ct | Brooklyn | New York | NY | 11225 | 07/12/2016 |
| Bigg | Daniel | | 35 Virginia Drive | | Howell Township | NJ | 07731 | 11/16/2022 |
| Bishop | Keith | | 2861 Exterior St | Apt 6K | Bronx | NY | 10463 | 07/08/2019 |
| Bishop | Irie | | 168 Montauk Avenue | | Brooklyn | NY | 11208 | 08/16/2022 |
| Blachowicz | Janusz | B | 35 Highland Ave | | West Milford | NJ | 07480 | 09/21/2017 |
| Blais | Scott | Steel | 30 W 74th St | Apt 1C | New York | NY | 10023 | 07/23/2018 |
| Bobb | Kerry | | 36 Herzl Street | | Brooklyn | NY | 11212 | 04/29/2019 |
| Bobb | Odeba | | 124 holly ave | | Hempstead | NY | 11550 | 10/10/2019 |
| Bono | Lisa | | 64 Eastlake Avenue | | Massapequa Park | NY | 11762 | 10/17/2022 |
| Boone | Jeffrey | | 365 Sackman St 6C | Brooklyn | Brooklyn | NY | 11212 | 02/03/2020 |
| Boychuk | Marina | | 150-10 79th Avenue | 6F | Queens | NY | 11367 | 01/21/2020 |
| Bracy | Vincent | | 1524 Fielding St | | Bronx | NY | 10469 | 06/14/2019 |
| Bradford | Paul | | 4 Linden Ave | | Bronx | NY | 10465 | 04/03/2019 |
| Branch | Derrick | | 1865 University Ave 3C | Bronx | New York | NY | 10453 | 06/04/2018 |
| Brand | Andre | | 162-34 97th St | Queens | New York | NY | 11414 | 10/16/2017 |
| Brijbasi | Rimzan | | 15534 81st St apt.3 | Queens | New York | NY | 11414 | 11/05/2018 |
| Brijbasi | Imran | | 11407 210th St | | Cambria Hts | NY | 11411-1011 | 03/24/2011 |
| Bromley | Jose | | 101-16 93rd Street | | Ozone Park | NY | 11415 | 04/23/2018 |

Employees, etc. related to any of the Companies see Schedlue E and Schedule F
(see also NY CLS Bus Corp § 630, Liability of shareholders for wages due to laborers, servants or employees)

| Last Name | First Name | Middle Name | Address Line 1 | Address Line 2 | City | State | Zip / Postal Code | Approx. Hire Date (Good-Faith) |
|---|---|---|---|---|---|---|---|---|
| Brooks | Alan | | 2365 E 13th St | Apt 1W | Brooklyn | NY | 11229 | 06/17/2019 |
| Brower | Reginald | | 190 Cozine Avenue, Apt. 2B | | Brooklyn | NY | 11207 | 04/29/2015 |
| Brown | Tafonya | | 2178 Atlantic Ave | Apt 3D | Brooklyn | NY | 11233 | 09/27/2019 |
| Brown | Lee | | 116-15 223rd Street | Queens | New YOrk | NY | 11411 | 07/05/2017 |
| Brown | Andre | | 290 Empire Blvd | Brooklyn | New York | NY | 11225 | 09/21/2017 |
| Brown | Kyliea | S | 1704 Ralph Avenue | Apt. 5A | Brooklyn | NY | 11236 | 08/19/2019 |
| Bruk | Jordan | R | PO Box 253 | | Lake Grove | NY | 11755 | 08/24/2017 |
| Bryant | Evans | | 67-44 164th St | Queens | New York | NY | 11365 | 04/17/2018 |
| Bulgakov | Maksim | | 1902 East 18th Street | D2 | Brooklyn | NY | 11229 | 04/28/2021 |
| Bulgakova | Valentina | | 500 East 73rd Street | Manhattan | New York | NY | 10021 | 01/20/2021 |
| Bullock | Shaun | | 110 Wyona St | Brooklyn | New York | NY | 11207 | 07/17/2018 |
| Bunwarrie | Monique | K | 1141 East 229th Street | Apt 1A | Bronx | NY | 10466 | 10/02/2017 |
| Burgess | Antonio | E | 40-07 Vernon Blvd | 2A | Queens | NY | 11101 | 02/06/2020 |
| Burgos | Damian | | 1921 Morris Avenue | 3 | Bronx | NY | 10453 | 01/21/2022 |
| Burnett | D'Whitney | | 1212 Loring Avenue | 4E | Brooklyn | NY | 11208 | 10/22/2019 |
| Burns | Joseph | W | 67-50 164th street | 6B | Flushing | NY | 11365 | 11/18/2020 |
| Burroughs | Diontai | C | 209 West 118th Street | 5F | New York | NY | 10026 | 05/03/2021 |
| Burton | Christopher | | 170-32 130th Avenue | | Queens | NY | 11434 | 10/16/2019 |
| Cabrera Bueno | Hector | M | 766 Olmstead Avenue | | The Bronx | NY | 10473 | 03/02/2021 |
| Cadet | Christopher | J | 1909 Amsterdam Ave | Manhattan | New York | NY | 10032 | 04/16/2018 |
| Caicedo | Jair | | 88-11 86th Street | | Queens | NY | 11421 | 03/30/2022 |
| Calabrese | Paul | | 217 E 3rd St | Brooklyn | Brooklyn | NY | 11218 | 04/11/2019 |
| Caldwell | Timothy | | 941 Park Pl | | Brooklyn | NY | 11213 | 08/19/2019 |
| Caliri | Richard | | 119 Riche Avenue | | Staten Island | NY | 10314 | 10/17/2022 |
| Cameron | Raymond | G | 130-46 229th St | Queens | New York | NY | 11413 | 08/18/2017 |
| Camilo | Darlene | | 269 Central Ave | 3D | Brooklyn | NY | 11221 | 02/03/2020 |
| Campbell | Keith | | 1870 Eastern Pkwy | Brooklyn | New York | NY | 11233 | 04/30/2018 |
| Campbell | Donavan | Mark | 260-28 75th Avenue | 2 | Queens | NY | 11004 | 10/17/2019 |
| Cangemi | Vincent | | 21 Elizabeth St | | Port Jervis | NY | 12771 | 02/19/2019 |
| Canonico | Victoria | N | 87 Pond Valley Road | | Woodbury | CT | 06798 | 07/09/2019 |
| Canonico | Gregory | R | 87 Pond Valley Rd | | Woodbury | CT | 06798 | 04/09/2018 |
| Cantey | Gaynell | | 267 Osborn St | Brooklyn | New York | NY | 11212 | 04/23/2018 |
| Cappello Jr. | Joseph | | 161-32 HVA JR Avenue | 6D | Flushing | NY | 11365 | 07/15/2022 |
| Caraballo | Christopher | R | 2781 Grand Concourse | A2 | Bronx | NY | 10468 | 02/22/2022 |
| Cardwell | Brian | | 62-29 64th St | Queens | New York | NY | 11379 | 04/30/2018 |
| Carlo | Steven | N | 69-17 Olcott Street | | New York | NY | 11375 | 09/29/2017 |
| Caroselli | Chad | | 119 Thollen St | Staten Island | New York | NY | 10306 | 08/13/2018 |
| Carrasco | Richard | | 30-13 94th Street | | Queens | NY | 11369 | 02/19/2019 |
| Carrasco | Carola | | 34-15 41st St | 1RR | Queens | NY | 11101 | 01/21/2020 |
| Cassas | Louis | E | 3 Oak St | | Bayonne | NJ | 07002 | 04/23/2018 |
| Castro Brito | Cristhopher | A | 61 Post Lane | | Staten Island | NY | 10303 | 03/29/2021 |

**Employees, etc. related to any of the Companies see Schedlue E and Schedule F
(see also NY CLS Bus Corp § 630, Liability of shareholders for wages due to laborers, servants or employees)**

| Last Name | First Name | Middle Name | Address Line 1 | Address Line 2 | City | State | Zip / Postal Code | Approx. Hire Date (Good-Faith) |
|---|---|---|---|---|---|---|---|---|
| Castro Fructuoso | Andrigson | | 1521 Sheridan Avenue | | Bronx | NY | 10457 | 12/22/2021 |
| Catherall | Michael | | 1143 Ellsworth Ave | | Bronx | NY | 10465 | 01/17/2019 |
| Cavalieri | Gary | | 137 Charles St. | | Floral Park | NY | 11001 | 06/25/2018 |
| Cavanna | Philip | | 150 95th St | | Brooklyn | NY | 11209 | 10/03/2019 |
| Cegielski | Robert | V | 65-52 160th Street | 4A | Queens | NY | 11365 | 07/14/2022 |
| Cerezo | Roberto | F | 3219 Greenpoint Avenue | 3L | Long Island City | NY | 11101 | 05/03/2021 |
| Chalupa | Elby | | 2221 Belmont Avenue | 2 | The Bronx | NY | 10457 | 10/27/2022 |
| Chambers | Winston | | 220 E 96th St | Apt. 2F | Brooklyn | NY | 11212 | 05/13/2019 |
| Charles | Nicholas | | 517 Chester Street | 1st Floor | Brooklyn | NY | 11212 | 08/12/2019 |
| Che | Xiaoyue | | 3710 Crescent St Apt 4E | | Long Island City | NY | 11101 | 06/26/2017 |
| Chen | jing | | 1569 W 9th St | 2R | New York | NY | 11204 | 05/07/2018 |
| Cheng | Kam | | 1984 West 11th | | Brooklyn | NY | 11223 | 10/04/2019 |
| Chesser | David | | 20 Bay 10th St | Brooklyn | New York | NY | 11228 | 08/14/2017 |
| Cheung | Henry | | 1475 E 99th St | Brooklyn | New York | NY | 11236 | 02/20/2018 |
| Chowdhury | Tofael | | 469 Crescent Street | | Brooklyn | NY | 11208 | 06/21/2019 |
| Chung A Hing | Raul | | 109-19 112th Street | | South Ozone Park | NY | 11420 | 07/24/2017 |
| Clark | Bobby | | 113-13 205th St | Queens | New York | NY | 11412 | 07/25/2018 |
| Clark | Bobby | L | 113-13 205th street | | Saint Albans | NY | 11412 | 08/14/2020 |
| Clarke | Julian | A | 1233 W 6th St | | Plainfield | NJ | 07063 | 06/24/2019 |
| Clements | Robert | J | 44 Harvest Lane | | Commack | NY | 11725 | 11/13/2017 |
| Close | Leonard | Patrick | 2 Burke Lane | | Brick Township | NJ | 08724 | 08/28/2019 |
| Cole | Michael | | 37 Pasadena Pl | | Mount Vernon | NY | 10552 | 01/02/2019 |
| Coleman | Sharon | | 3215 Avenue H | 4R | Brooklyn | NY | 11210 | 06/06/2022 |
| Colletta | Peter | | 2 Hindes Court | | Smithtown | NY | 11787 | 08/15/2022 |
| Collins | John | M | 300-302 12th St | Brooklyn | New York | NY | 11215 | 07/13/2017 |
| Colon | Roselyn | | 2045 Holland Ave | Apt 4A | Bronx | NY | 10462 | 01/17/2019 |
| Colon | Angel | | 907 Tamaqua Rd | | East Stroudsburg | PA | 18302 | 02/20/2018 |
| Contreras | Roberto | Stefano | 41-08 108th Street | 3D | Queens | NY | 11368 | 08/26/2020 |
| Cook | Frank | | 585 Blake Avenue | | Brooklyn | NY | 11207 | 06/21/2019 |
| Cooper | Thomas | J | 1595 Unionport Rd | Apt 7A | Bronx | NY | 10462 | 01/07/2019 |
| Coppin | Ian | Keith | 8810-34 Avenue | Jackson Heights | Queens | NY | 11372 | 10/03/2019 |
| Corbin | Welton | | 913 Schenectady Avenue | | Brooklyn | NY | 11203 | 02/26/2020 |
| Corr | Martin | | 22 Edgewater Park | | The Bronx | NY | 10465 | 07/30/2019 |
| Cosgrove | Thomas | J | 132-41 87th St | Queens | New York | NY | 11417 | 07/05/2017 |
| Cox | Randall | | 589 Madison St | | Brooklyn | NY | 11221 | 10/03/2019 |
| Crawford | Roscoe | | 136 Root Ave | | Central Islip | NY | 11722 | 06/03/2019 |
| Cristopher | Donneley | | 40-09 10th Street | 5A | Long Island City | NY | 11101 | 05/03/2021 |
| Cruz | Christine | | 418 W 17th St | Apt. 4C | New York | NY | 10011 | 03/12/2019 |
| Cruz | Alexy | | 4 Glenview Lane | | Sussex | NJ | 07461 | 07/29/2019 |
| Cummings | Michael | Nigel | 553 Hinsdale Street | | Brooklyn | NY | 11207 | 08/26/2019 |

Employees, etc. related to any of the Companies see Schedlue E and Schedule F
(see also NY CLS Bus Corp § 630, Liability of shareholders for wages due to laborers, servants or employees)

| Last Name | First Name | Middle Name | Address Line 1 | Address Line 2 | City | State | Zip / Postal Code | Approx. Hire Date (Good-Faith) |
|---|---|---|---|---|---|---|---|---|
| Cuvas | Archibald | | 107-59 Sutphin Boulevard | 2FL | Queens | NY | 11435 | 10/18/2019 |
| Da Silva | Regina | | 345 E 93rd street | Apt. 20H | New York | NY | 10128 | 08/15/2017 |
| D'Agostino | Giustino | | 1835 Tenbroeck Ave | | Bronx | NY | 10461 | 04/01/2019 |
| Danglade | Wayne | P | 15501 90th Ave, Apt. 1T | Queens | New York | NY | 11432 | 08/08/2017 |
| Daniels | Niall | O | 1354 New York Avenue | 2G | Brooklyn | NY | 11210 | 01/18/2022 |
| DaSilva | Selso | | 2265 Gerritsen Ave | Apt. 5G | Brooklyn | NY | 11229 | 06/04/2019 |
| D'Auria | Christopher | | 3129 Skillman Ave | | Oceanside | NY | 11572 | 10/29/2018 |
| D'Avino | Dominic | | 192 Windsor Pl | | Brooklyn | NY | 11215 | 04/01/2019 |
| Davis | Thomas | | 113-06 208th Street | | Queens | NY | 11429 | 01/07/2021 |
| Daye | Timothy | | 654 Water St | 4A | New York | NY | 10002 | 04/26/2019 |
| De la Rosa | Robinson | G | 160 West 174th St | 15F | Bronx | NY | 10034 | 05/09/2017 |
| De La Rosa | Francisco | J | 1505 Macombs Road | 5F | The Bronx | NY | 10452 | 01/15/2021 |
| De La Rosa Martinez | Noe | | 2130 Madison Avenue | 6C | New York | NY | 10037 | 07/16/2021 |
| Dedousis | Matthew | T | 218 Lawrence Street | | South Bound Brook | NJ | 08880 | 04/26/2021 |
| Defaz Salinas | Christian | R | 159 Palisade Avenue | | Cliffside Park | NJ | 07010 | 12/22/2021 |
| Defilippo | Justin | | 167 Harrison Pl | Staten Island | New York | NY | 10310 | 08/13/2018 |
| Dejene | Yonatan | | 541 West 150th Street | Manhattan | New York | NY | 10031 | 12/16/2020 |
| DeJesus | Jazmine | | 60 East 102nd Street | Apt 11F | New York | NY | 10029 | 09/05/2017 |
| Del Prado | Yolanda | | 8 Deborah Dr | | Somerset | NJ | 08873 | 03/02/1993 |
| Deleg | Miguel | A | 40-56 Junction Boulevard | 1 floor | Queens | NY | 11368 | 11/12/2019 |
| Deleg | Carlos | F | 40-56 Junction Boulevard | 1 | Queens | NY | 11368 | 11/12/2019 |
| DeLuca | James | | 51 Washington Street | Apt 6 | Tuckahoe | NY | 10707 | 08/25/2022 |
| Deluca | Vincent | M | 19 Holgate Street | | Staten Island | NY | 10314 | 08/18/2022 |
| Depusoir | Wendell | | 145-52 226th St | | Rosedale | NY | 11413 | 07/09/2019 |
| DeRosa | George | | 69-21 49th Ave | | Woodside | NY | 11377 | 04/12/2019 |
| DeSimone | Peter | | 111-02 111th St | Queens | New York | NY | 11420 | 04/16/2018 |
| Dickman | Robert | | 53-53-66th st | | Queens | NY | 11378 | 04/01/2019 |
| DiNapoli | Gregory | | 456 Rockaway Rd | | Dover | NJ | 07801 | 07/13/2017 |
| Distant | Jaquille | N | 4626 Bronx Boulevard | | The Bronx | NY | 10470 | 10/03/2019 |
| DiStefano | Carmela | | 601 Monroe Avenue | | Elizabeth | NJ | 07201 | 11/23/2020 |
| Dominguez | Wanderson | Rosario | 1520 Story Avenue | 908 | Bronx | NY | 10473 | 03/16/2022 |
| Donawa | Ian | | 152-07 135th Ave | Queens | New York | NY | 11434 | 07/20/2018 |
| Douglas | Ronnie | | 534 E 96th St | Brooklyn | Brooklyn | NY | 11212 | 02/03/2020 |
| Douglin | Camaron | | 5-35 B 72 Street | | Queens | NY | 11692 | 08/27/2019 |
| Doyle | Nkosi | | 218 Berkeley Avenue | Unit 1 | Bloomfield | NJ | 07003 | 11/06/2020 |
| Dresser | James | | 516 East 81st Street | 2 | New York | NY | 10028 | 05/04/2020 |
| Duhon | Derek | | 65-77 Parsons Boulevard | | Flushing | NY | 11365 | 10/17/2022 |
| Dunn | John | C | 348 Deauville Blvd | | Copiague | NY | 11726 | 05/13/2019 |
| Durynski | Rafal | | 93 Nassau Avenue | Apt 3L | Brooklyn | NY | 11222 | 08/27/2019 |

Employees, etc. related to any of the Companies see Schedlue E and Schedule F
(see also NY CLS Bus Corp § 630, Liability of shareholders for wages due to laborers, servants or employees)

| Last Name | First Name | Middle Name | Address Line 1 | Address Line 2 | City | State | Zip / Postal Code | Approx. Hire Date (Good-Faith) |
|---|---|---|---|---|---|---|---|---|
| Dyer | Tony | | 144-35 222 Street | | Springfield Gardens | NY | 11413 | 06/04/2019 |
| Echevarria | Jose | L | 153 Lincoln Avenue #3A | | Bronx | NY | 10454 | 05/10/2017 |
| Eller | Peter | J. | 19 Everdell Rd | | East Rockaway | NY | 11518 | 08/18/2017 |
| Emmandranauth | Indar | | 242-14 90th Ave | | Bellerose | NY | 11426 | 05/13/2019 |
| Encarnacion | Starlyn | D | 978 Barnsdale Road | | Bethlehem | PA | 18017 | 06/25/2021 |
| Eng | Kit | Wai | 2069 E 29th St | Brooklyn | New York | NY | 11229 | 08/21/2017 |
| Engel | Sofia | | 275 W 96th St | Manhattan | New York | NY | 10025 | 10/11/2017 |
| Engel | William | | 2220 Burnett Street | 1D | Brooklyn | NY | 11229 | 10/09/2019 |
| Engel | Alexandra | Frances | 1314 Conway Cir | | Summerville | SC | 29486 | 03/05/2021 |
| Engel | David | | 1900 Corsica Drive | | Wellington | FL | 33414 | 03/02/1995 |
| Engel | George | | 683 Krietemeyer Path | | The Villages | FL | 32163 | 09/18/2019 |
| Engel | Sofia | | 683 Krietemeyer Path | | The Villages | FL | 32163 | 02/01/1993 |
| Escobar | Manuel | | 11-22 123rd Street | | Queens | NY | 11356 | 01/10/2022 |
| Espinoza-Santos | Nihelsky | Ernesto | 4901 Henry Hudson Parkway West | Apt 5A | Bronx | NY | 10471 | 09/23/2019 |
| Esteron | Revelinda | | 513 1st Ave | | Elizabeth | NJ | 07206 | 12/28/1995 |
| Estrella | Jahaziel | D | 463 52nd Street | 2L | Brooklyn | NY | 11220 | 06/05/2021 |
| Evans | Windell | | 176-10 129th Ave | Queens | New York | NY | 11434 | 04/23/2018 |
| Farrell | Terence | P | 1077 E 15th St | Brooklyn | New York | NY | 11230 | 04/17/2018 |
| Farrington | James | | 1285 Hobart Ave | | Bronx | NY | 10461 | 02/14/2019 |
| Fattakhova | Alina | | 35-30 34th Street | Apt 2A | Astoria | NY | 11106 | 04/16/2018 |
| Fattore | Steven | | 2050 E 72nd St | Brooklyn | Brooklyn | NY | 11234 | 08/08/2017 |
| Fedorow | Dylan | A | 34-23 205th St | | Bayside | NY | 11361 | 05/28/2019 |
| Feurtado | Ngozi | A | 2121 Westbury Cts | 5B | Brooklyn | NY | 11225 | 05/03/2021 |
| Figureo Martinez | Elvynson | | 760 Grand Concourse | 6H | Bronx | NY | 10451 | 01/25/2022 |
| Figueroa | Anthony | F | 345 Cypress Ave | Apt. 4B | Bronx | NY | 10454 | 01/08/2019 |
| Figueroa | John | | 2138 Wallace Avenue | 268 | Bronx | NY | 10462 | 10/05/2021 |
| Findlay | Travis | | 15-40 Hassock Street | Apt 5A | Queens | NY | 11691 | 08/12/2019 |
| Finisterre | Darnell | | 110-14 Astoria Boulevard | | East Elmhurst | NY | 11369 | 06/21/2019 |
| Fiorenza | Michael | V | 150 Fayette Ave | | Staten Island | NY | 10305 | 05/02/2017 |
| Fitzgerald | Michael | | 10-03 48th Ave | Apt 3E | Long Island City | NY | 11101 | 09/02/2019 |
| Fleury | John | | 118-24 219th Street | | Queens | NY | 11411 | 01/25/2022 |
| Flores | Saul | N | 25-35 72nd St | Queens | New York | NY | 11370 | 04/26/2018 |
| Flowers | Phillip | O | 1428 Arndt Place | | North Baldwin | NY | 11510 | 07/24/2017 |
| Foley | Brian | | 247 Cemetery Hill Road | | Asbury | NJ | 08802 | 03/04/2019 |
| Franco | Franklin | | 176 Miller Ave | Brooklyn | New York | NY | 11207 | 04/16/2018 |
| Frasier | Kahliah | | 400 East 105th Street | 10D | New York | NY | 10029 | 10/25/2019 |
| Frazier | Nelson | | 87 Monument Walk | Apt 6A | Brooklyn | NY | 11205 | 10/02/2017 |
| Gallegos | Gabriel | | 59-67 Fresh Pond Rd | #1 | Queens | NY | 11378 | 05/30/2019 |
| Gallery | Brian | P | 31-22 Union St | Queens | New YOrk | NY | 11365 | 10/02/2017 |

Employees, etc. related to any of the Companies see Schedlue E and Schedule F
(see also NY CLS Bus Corp § 630, Liability of shareholders for wages due to laborers, servants or employees)

| Last Name | First Name | Middle Name | Address Line 1 | Address Line 2 | City | State | Zip / Postal Code | Approx. Hire Date (Good-Faith) |
|---|---|---|---|---|---|---|---|---|
| Galva | Rafael | | 1187 Clay Avenue | 5N | Bronx | NY | 10456 | 01/26/2022 |
| Garces | Mandy | | 3480 Third Ave APT#7C | | BRONX | NY | 10456 | 09/11/2017 |
| Garcia | Eddie | | 30-60 Crescent Street 6k | | Queens | NY | 11102 | 11/05/2019 |
| Garofalo | Gerard | | 65-69 162nd St | Apt. 4F | Queens | NY | 11365 | 09/02/2019 |
| Gaskin | Cyril | D | 114-70 228th Street | | New York | NY | 11411 | 04/17/2018 |
| Gauthier | Samuel | | 1721 East 54th Street | | Brooklyn | NY | 11234 | 05/03/2021 |
| George | Eleanor | W | 140 Washington Walk | Brooklyn | New York | NY | 11205 | 07/16/2018 |
| Gershon | Nissim | | 949 Virgil Avenue | | Ridgefield | NJ | 07657 | 03/08/2022 |
| Gershon | Samuel | Moses | 949 Virgil Avenue | | Ridgefield | NJ | 07657 | 03/30/2022 |
| Ghadimi | Mehdi | | 3 Fox Terrace | | Bronx | NY | 10469 | 01/24/2019 |
| Gilkes | Calvin | | 1206 E 83rd St | | Brooklyn | NY | 11236 | 04/10/2019 |
| Glen | Lloyd | | 580 Main St | #452 | New York | NY | 10044 | 06/03/2019 |
| Gogashvili | Giorgi | | 1735 E 13th St | Apt. 6N | New York | NY | 11229 | 04/30/2018 |
| Gold | Eric | M | 76-05 68th Avenue | | Queens | NY | 11379 | 04/08/2022 |
| Goldberg | Bruce | | 33-41 164th St | Queens | Queens | NY | 11358 | 03/18/2019 |
| Gonzalez | Victor | | 313 Castle Hill Avenue | 2 | Bronx | NY | 10473 | 11/15/2021 |
| Gonzalez | Antonio | | 944 East 46th Street | | Brooklyn | NY | 11203 | 11/30/2020 |
| Gonzalez | Joshua | J | 1100 Elder Avenue | #3F | Bronx | NY | 10472 | 06/17/2019 |
| Gordon | James | | 199 Quaspeck Blvd | | Valley Cottage | NY | 10989 | 08/29/2017 |
| Gordon | Terrell | N | 557 Madison Street | Apt 1 | Brooklyn | NY | 11221 | 07/24/2017 |
| Gosiewski | Michal | | 60-22 Linden Street | 1FL | Queens | NY | 11385 | 07/31/2020 |
| Goudelis | Kosmos | | 24-32 27th St | | Astoria | NY | 11102 | 09/02/2019 |
| Graham | Stanford | St. Patrick | 3236 Fenton Ave | Bronx | New York | NY | 10469 | 08/17/2017 |
| Graham | Everton | | 34 Paerdegat 15th Street | | Brooklyn | NY | 11236 | 04/04/2022 |
| Grande | Peter | | 65-53 160th St | Queens | Flushing | NY | 11365 | 03/26/2019 |
| Grant | Andrea | | 55 Monument Walk | Apt 6B | Brooklyn | NY | 11205 | 08/29/2017 |
| Green | Kevin | | 159-01 110th Ave | | Queens | NY | 11433 | 03/18/2019 |
| Greene | Anthony | | 441 Convent Avenue | Apt. 2D | New York | NY | 10031 | 05/31/2019 |
| Griffin | Bennie | | 272 Troy Avenue | | Brooklyn | NY | 11213 | 10/22/2019 |
| Guevara | Salvador | | 148-05 87th Ave | | Jamaica | NY | 11435 | 04/28/2005 |
| Guevera | Wilfredo | | 4 Armand Pl | The Bronx | New York | NY | 10463 | 03/27/2019 |
| Gusev | Nikolay | | 2283 E 28th St | | Brooklyn | NY | 11229 | 11/09/2000 |
| Hackett | Tyler | R | 1335 North Windsor Avenue | | Bay Shore | NY | 11706 | 03/16/2022 |
| Hadley | Colin | | 90 Weiner St | | Staten Island | NY | 10309 | 07/22/2019 |
| Hall | Shyanne | | 385 Fountain Avenue | | Brooklyn | NY | 11208 | 10/03/2019 |
| Hall | Terry | M | 14 Curtis Street | | Kingston | PA | 18704 | 05/17/2021 |
| Hamilton | Darlton | R | 1700 Bedford Ave | Brooklyn | New York | NY | 11225 | 05/07/2018 |
| Hampton | Libra | | 341 Kingsborough 3rd Walk | Apt. 5B | Brooklyn | NY | 11233 | 05/23/2019 |
| Hanlon | Thomas | | 37 Sherwood Drive | | Nanuet | NY | 10954 | 09/12/2018 |

Employees, etc. related to any of the Companies see Schedlue E and Schedule F
(see also NY CLS Bus Corp § 630, Liability of shareholders for wages due to laborers, servants or employees)

| Last Name | First Name | Middle Name | Address Line 1 | Address Line 2 | City | State | Zip / Postal Code | Approx. Hire Date (Good-Faith) |
|---|---|---|---|---|---|---|---|---|
| Harris | Jamarr | | 1209 Loring Avenue | 2E | Brooklyn | NY | 11208 | 11/01/2019 |
| Harrison | Donovan | | 146-114 224th Street | | Queens | NY | 11413 | 05/02/2022 |
| Hassan | Chejaz-ul | | 6569 162nd St | Queens | New YOrk | NY | 11365 | 07/12/2017 |
| Haynes | Akeem | M | 319 White St | | Roselle | NJ | 07203 | 04/23/2018 |
| Haynes | Casey | | 2314 Crotona Avenue | Ave 4F | Bronx | NY | 10458 | 06/05/2019 |
| Haynes | Jeremiah | D | 50 Holloway st | | Freeport | NY | 11520 | 05/03/2021 |
| Haynes | David | | 1469 E 58th St | | Brooklyn | NY | 11234-4121 | 06/28/2019 |
| Heffron | Sean | | 723 Sandra Ave | | West Islip | NY | 11795 | 04/01/2019 |
| Hemingway | Shawana | P | 365 Sackman Street | 12F | Brooklyn | NY | 11212 | 10/31/2019 |
| Henry | Jalel | Mohaw | 2980 West 28th Street | | Brooklyn | NY | 11224 | 03/16/2022 |
| Heredia | Armando | | 153 Horace Harding Expressway | | Flushing | NY | 11367 | 05/31/2019 |
| Heredia | Bryan | E | 4040 79th St | A208 | Elmhurst | NY | 11373 | 07/27/2020 |
| Hernandez | Miguel | A | 622 E 169th St | Apt. 3B | Bronx | NY | 10456 | 04/16/2018 |
| Hickey | Timothy | | 98-14 Shore Front Parkway | | Queens | NY | 11694 | 06/14/2019 |
| Hicks | Terrence | | 41 E Forest Ave | Apt 3B | Englewood | NJ | 07631 | 05/30/2019 |
| Hill | Phillip | | 250 Wortman Ave | Brooklyn | New YOrk | NY | 11207 | 07/26/2017 |
| Hinds-Sue | Cornell | Z | 818 East 169th Street Apt 2 | | The Bronx | NY | 10459 | 02/06/2020 |
| Hodge | Abdul | J | 522 Quincy St | Apt. 3F | Brooklyn | NY | 11221 | 09/30/2019 |
| Hoey | Brian | | 107 Elmira Street | | Staten Island | NY | 10306 | 08/16/2022 |
| Holloway | Darrell | | 1704 Ralph Avenue | Apt 5E | Brooklyn | NY | 11234 | 10/25/2019 |
| Holtzman | Bruce | J | 2757 Grand Avenue A | | Bellmore | NY | 11710 | 06/29/2017 |
| Hopkins | Jared | | 118 Arlington Avenue | | Brooklyn | NY | 11207 | 09/01/2022 |
| Horan | Liam | | 3157 Avenue W | | Brooklyn | NY | 11229 | 07/08/2019 |
| Howard | Jamah | J | 301 East 156th Street | | The Bronx | NY | 10451 | 05/27/2020 |
| Huerta | Ruth | | 1815 Edison Ave | | Bronx | NY | 10461 | 01/08/2019 |
| Hunter | Tanisha | | 995 E 173rd St | Apt. C | Bronx | NY | 10460 | 02/01/2019 |
| Hunter | Derick | J | 86-67 Palo Alto Street | | Hollis | NY | 11423 | 08/20/2020 |
| Iglesias | Julian | | 162-05 71st ave | | Flushing | NY | 11365 | 06/03/2019 |
| Ingravallo | Vito | | 1523 74th St | Brooklyn | New York | NY | 11228 | 10/02/2017 |
| Intrabartola | James | | 102-00 Shore Front Pkwy | Apt 4H | Rockaway Park | NY | 11694 | 05/13/2019 |
| Iorio | John | A | 55 Raily Ct | Staten Island | Staten Island | NY | 10312 | 02/06/2020 |
| Irish | Brian | | 112 Decatur St | | Brooklyn | NY | 11216 | 03/04/2019 |
| Irizarry | Ruben | | 412 Poplar Avenue | | Pompton Lakes | NJ | 07442 | 07/22/2019 |
| Itwaru | Nariendath | | 7 Mary Beth Lane | | Jackson Township | NJ | 08527 | 03/08/2022 |
| Itwaru | Khaimraj | | 91-09 173rd St | | Jamaica | NY | 11432 | 08/06/2018 |
| Itwaru | Rishie | | 95-11  129ST | | QUEENS | NY | 11419 | 02/12/2021 |
| Itwaru | Ravi | D | 95-11 129th Street | | South Richmond Hill | NY | 11419 | 01/24/2022 |
| Izaguirre | Teobaldo | G | 401 Little Clove Road | | Staten Island | NY | 10301 | 11/19/2019 |
| Jablonowski | Michael | | 60-71 60th Road | 3 | Maspeth | NY | 11378 | 10/28/2019 |
| Jackson | Damon | | 279 Butler Street | 411 | Brooklyn | NY | 11217 | 02/22/2022 |

Employees, etc. related to any of the Companies see Schedlue E and Schedule F
(see also NY CLS Bus Corp § 630, Liability of shareholders for wages due to laborers, servants or employees)

| Last Name | First Name | Middle Name | Address Line 1 | Address Line 2 | City | State | Zip / Postal Code | Approx. Hire Date (Good-Faith) |
|---|---|---|---|---|---|---|---|---|
| Jaigobin | Angad | | 37 Bradford Street | | Brooklyn | NY | 11207 | 08/27/2019 |
| James | Kevin | H | 85-22 262nd Street | | Floral Park | NY | 11001 | 05/03/2021 |
| Jampol | Michael | | 622 Ocean Pkwy | Brooklyn | New York | NY | 11218 | 04/16/2018 |
| Jarrett | Lincoln | | 1899 Pinecrest Ct | | Tobyhanna | PA | 18466 | 01/30/2019 |
| Jeffrey | Ray | | 712 E 86th St | | Brooklyn | NY | 11236 | 04/15/2019 |
| Jewell | Tyron | | 426 Baltic St | Brooklyn | New York | NY | 11217 | 07/16/2018 |
| Jobson | Phillip | | 114-36 201st Street | | Queens | NY | 11412 | 08/12/2019 |
| Johnson | Andrew | R | 131-71 233rd street | | Rosedale | NY | 11422 | 07/24/2017 |
| Johnson | Christopher | | 22 Gloria Trail | | Monroe | NY | 10950 | 06/13/2019 |
| Johnson | Christopher | | 398 Marion St | | Brooklyn | NY | 11233 | 01/31/2019 |
| Johnson-Shirley | Allison | | 55 Harper Ct | Bronx | New York | NY | 10466 | 11/30/2017 |
| Johnston | Matthew | | 235 East 46th Street | 3A | New York | NY | 10017 | 07/09/2020 |
| Jones | Bobby | | 65-43 Parsons Boulevard | 4B | Queens | NY | 11365 | 10/10/2019 |
| Jones | Allise | | 417 Albany Avenue | | Amityville | NY | 11701 | 10/17/2022 |
| Jordan | Orlando | | 594 Macon St | Brooklyn | Brooklyn | NY | 11233 | 03/06/2020 |
| Joseph | Miguel | | 2 Timberrose Court | | Middletown | NY | 10940 | 01/24/2019 |
| Joseph | Joseph | Evanton | 170 High Avenue | | Nyack | NY | 10960 | 09/29/2020 |
| Joseph | Martin | N | 1129 Schenectady Avenue | | Brooklyn | NY | 11203 | 08/31/2020 |
| Josephs | Milton | | 721 Charter Ct | | Uniondale | NY | 11553 | 06/24/2019 |
| Jozef | Stephen | | 189 Colonial Ave | | Williston Park | NY | 11596 | 06/03/2019 |
| Judge | Richard | W | 1011 Seneca Avenue | | Ridgewood | NY | 11385 | 08/16/2017 |
| Kalicharan | Mohamed | | 1755 Williams Street | | Cuyahoga Falls | OH | 44221 | 08/06/2018 |
| Kamanpreet | FNU | | 149-15 116 ST | | South Ozone Park | NY | 11420 | 07/24/2017 |
| Kashuk | Dimitriy | | 2950 Ocean Ave | Apt. C-14 | Brooklyn | NY | 11235 | 04/11/2019 |
| Kavallines | Anton | | 16 Leoson Parkway | | Old Tappan | NJ | 07675 | 09/01/2021 |
| Keane | William | | 143-50 Hoover Ave | Apt. 618 | Briarwood | NY | 11435 | 06/14/2019 |
| Kelly | Carlisle | D | 588 E 43rd St | | Brooklyn | NY | 11203 | 10/03/2019 |
| Kelly | John | | 55 Buena Vista Terrace | | Central Valley | NY | 10917 | 07/30/2019 |
| Kelly | Aidan | | 415 Ocean Pkwy | Brooklyn | New York | NY | 11218 | 04/19/2018 |
| Kennedy | Kendra | | 296 Sutter Avenue | apt 5f | Brooklyn | NY | 11212 | 04/23/2018 |
| Khan | Xavid | | 115-19 134th Street | | Queens | NY | 11420 | 01/17/2022 |
| Kheyfets | Boris | | 240 96th Street, Apt. 2D | | Brooklyn | NY | 11209 | 05/16/2016 |
| Khingava | David | | 3049 Brighton 12th | C1 | Brooklyn | NY | 11235 | 08/26/2019 |
| Kinard | Melanie | | 5905 Glenwood Road | Apt 6B | Brooklyn | NY | 11234 | 10/19/2017 |
| King | Michael | | 726 Connie Lane | | Elmont | NY | 11003 | 08/16/2022 |
| King | Branden | | 1660 Topping Ave | Apt 4F | Bronx | NY | 10457 | 01/18/2019 |
| King | Dimitri | | 1068 Franklin ave | 501 | Bronx | NY | 10456 | 06/13/2019 |
| Klepacki | Matthew | | 13 Mockingbird Ln | | Washingtonville | NY | 10992 | 06/17/2019 |
| Klidas | Gus | | 2 Riverview Terrace | | Smithtown | NY | 11787 | 09/01/2021 |
| Kolakowski | Marcin | | 8008 Austin Street | Apt. 4A | New York | NY | 11415 | 04/23/2018 |
| Kosti Stavri | Asimina | | 204 West 10th Street | 15 | New York | NY | 10014 | 07/18/2022 |

Employees, etc. related to any of the Companies see Schedlue E and Schedule F
(see also NY CLS Bus Corp § 630, Liability of shareholders for wages due to laborers, servants or employees)

| Last Name | First Name | Middle Name | Address Line 1 | Address Line 2 | City | State | Zip / Postal Code | Approx. Hire Date (Good-Faith) |
|---|---|---|---|---|---|---|---|---|
| Koulouris | Stelianos | | 10-34 49th Avenue | | Queens | NY | 11101 | 10/22/2019 |
| Kowalski | Jakub | | 60-41 Maspeth Avenue | | Queens | NY | 11378 | 08/27/2019 |
| Kowalski | Mateusz | K | 60-41 Maspeth Ave | | Maspeth | NY | 11378 | 06/18/2019 |
| Kravets | Mikhail | | 2533 Batchelder STreet | Apt. 7L | Brooklyn | NY | 11235 | 11/09/2000 |
| Kunis | Kevin | | 30 Ithaca Street | | Lindenhurst | NY | 11757 | 08/01/2022 |
| Kuriata | Konrad | | 766 Benris Avenue | | Franklin Square | NY | 11010 | 06/05/2017 |
| La Craig | Stevens | N | 1607 Remsen Avenue | | Brooklyn | NY | 11236 | 03/25/2022 |
| Lacova | Joseph | | 316 101st St | Brooklyn | New York | NY | 11209 | 09/25/2017 |
| Lalane | Carlos | D | 363 Palmetto St | Brooklyn | New York | NY | 11237 | 10/05/2017 |
| Lall | Mohan | | 102-16 134th Street | | Richmond Hill | NY | 11419 | 03/26/2019 |
| Lam | Wai | | 148-01 58th Rd | Queens | New York | NY | 11355 | 05/07/2018 |
| Lamb | Charles | | 89-32 138th Place | | Queens | NY | 11435 | 08/08/2019 |
| Lara | Will | Smith | 32-13 31st Avenue | Queens | Queens | NY | 11106 | 08/09/2019 |
| Lara-Cordero | Cliff | S | 32-13 31 Avenue | Apt 4R | Astoria | NY | 11106 | 03/03/2016 |
| Lartsin | Dmitriy | A | 127 Kenilworth Pl | Brooklyn | New York | NY | 11210 | 04/23/2018 |
| Latham | Jamal | A | 388 Richmond Terrace | Apt. 2E | Staten Island | NY | 10301 | 04/19/2018 |
| Lazare | Okera | A | 67-11 Parsons Blvd | Apt 5A | Fresh Meadows | NY | 11365 | 03/18/2019 |
| Lazo | Juan Pablo | | 90 Westwood Drive | Apt.240 | Westbury | NY | 11590 | 09/25/2020 |
| Le | Raymond | | 153 Father Zeiser Pl | | Bronx | NY | 10468 | 09/18/2017 |
| Lebedovych | Hennadiy | | 420 Fairview Avenue | | Ridgewood | NY | 11385 | 05/23/2016 |
| Lebedovych | Volodymyr | | 368 Centre Avenue | | Lindenhurst | NY | 11757 | 08/07/2019 |
| Lee | Donald | | 53-20 66th Street | | Maspeth | NY | 11378 | 06/11/2019 |
| Lee | William | | 24 Redwood Loop | Staten Island | New York | NY | 10309 | 07/02/2018 |
| Lee | Shawn | A | 501 Main Street | 712 | New York | NY | 10044 | 05/03/2021 |
| Lendo | Dawid | | 322 Frederick Street | | Dix Hills | NY | 11746 | 04/15/2019 |
| Lenworth | Grant | W | 25 Overlook Pl | | Newburgh | NY | 12550 | 10/02/2017 |
| Leon | Boris | | 23-49 91st St | Queens | New York | NY | 11369 | 07/20/2018 |
| Lesman | David | | 85 Elmwood Park Drive | 2 | Staten Island | NY | 10314 | 10/18/2019 |
| Lessey | Thomas | | 657 East 21st Street | A2 | Brooklyn | NY | 11226 | 08/27/2019 |
| Levenets | Oleg | | 2020 Avenue V | 2H | Brooklyn | NY | 11229 | 09/24/2020 |
| Lewis | Hasun | Ali | 1720 Bedford Ave | 7B | Brooklyn | NY | 11225 | 03/22/2021 |
| Lewis | Christopher | | 219-32 Murdock Ave | | Queens | NY | 11429 | 03/26/2019 |
| Ligezka | Grzegorz | | 300 Constitution Avenue | 335 | Bayonne | NJ | 07002 | 07/22/2019 |
| Lin | Jay | | 3224 Fulton St | Brooklyn | New York | NY | 11208 | 05/07/2018 |
| Linden | Henry | | 926 Madison Street | 2a | Brooklyn | NY | 11221 | 04/01/2022 |
| Linton | Ean | | 265 Coach Rd | | Tobyhanna | PA | 18466 | 06/03/2019 |
| Liverpool | Gladwyn | | 2029 E 53rd Pl | Brooklyn | New York | NY | 11234 | 04/23/2018 |
| Lodziato | Thomas | J | 114 Eckford St | Brooklyn | New York | NY | 11222 | 04/17/2018 |
| Logan | Mervin | | 234 New Jersey Avenue | | Brooklyn | NY | 11207 | 11/14/2016 |
| Lopez | Emilo | | 87-26 143rd St | | Queens | NY | 11435 | 03/18/2019 |
| Lopez | Jean | Carlos | 108 Avenue D | Apt. 10G | New York | NY | 10009 | 05/24/2019 |
| Lopez | jamis | | 1530 Story Avenue | apt 316 | The Bronx | NY | 10473 | 04/15/2019 |
| Lopez | Bryan | | 100 Jerusalem Avenue | | Hempstead | NY | 11550 | 08/27/2019 |
| Loskot | Mikhail | | 316 Hett Avenue | | Staten Island | NY | 10306 | 08/07/2017 |

Employees, etc. related to any of the Companies see Schedlue E and Schedule F
(see also NY CLS Bus Corp § 630, Liability of shareholders for wages due to laborers, servants or employees)

| Last Name | First Name | Middle Name | Address Line 1 | Address Line 2 | City | State | Zip / Postal Code | Approx. Hire Date (Good-Faith) |
|---|---|---|---|---|---|---|---|---|
| Loyd | Alexis | C | 238 Bond St | Brooklyn | New York | NY | 11217 | 07/19/2018 |
| Lungu | James | J | 218 West 72nd Street | | New York | NY | 10023 | 06/03/2019 |
| Lynagh | Jeffrey | | 54 Westminster Lane | | West Islip | NY | 11795 | 08/02/2018 |
| Lyons | Dan | | 3 Husted Rd | | Brewster | NY | 10509 | 09/11/2018 |
| Madison | Lloyd | | 1 Oswald Place | | Roosevelt | NY | 11575 | 06/12/2019 |
| Madoo | Solomon | | 185-33 Dunlop Ave | | Jamaica | NY | 11412 | 02/04/2016 |
| Maghlaperidze | David | | One 74th street | Apt. 6E | Brooklyn | NY | 11209 | 06/06/2018 |
| Maher | Patrick | | 90-9 Northern Blvd | | Jackson Heights | NY | 11372 | 07/09/2019 |
| Maher | Robert | J | 11 Ferncliff Rd | | Bloomfield | NJ | 07003 | 04/30/2018 |
| Mahoney | Patrick | M | 2-48 B 131 Street | | Belle Harbor | NY | 11694 | 10/18/2019 |
| Maldonado | Elias | | 601 Oak Terrace | | Bronx | NY | 10454 | 05/23/2019 |
| Maldonado | Julio | | 15 Poplar Avenue | | Village of Pelham | NY | 10803 | 10/04/2021 |
| Mall | Amar | | 268-04 78th Avenue | | Queens | NY | 11004 | 08/10/2022 |
| Mannings | Leroy | H | 497 Linden Blvd | Brooklyn | New York | NY | 11203 | 08/21/2017 |
| Marcano | Jonathan | William | 41-07 28th Avenue | 7 | Queens | NY | 11103 | 04/08/2022 |
| Marshall | Raymond | N | 3 Hanover Square | Apt. 9F | New York | NY | 10004 | 01/16/2019 |
| Marte | Leo | | 65-65 Wetherole Street | 1B | Queens | NY | 11374 | 08/27/2019 |
| Marti | Alejandro | | PO Box 675 | | Kresgeville | PA | 18333 | 06/03/2019 |
| Martin | Lascelle | | 2119 Edenwald Ave | | Bronx | NY | 10466 | 05/23/2019 |
| Martin | William | J | 86-33 102nd Rd | | Ozone Park | NY | 11416 | 01/18/2019 |
| Martin | Jihad | | 1663 Lafayette Avenue | | The Bronx | NY | 10473 | 08/01/2022 |
| Martynenko | Denis | | 1 Baxter St | | Danbury | CT | 06811 | 11/09/2000 |
| Mathurin | Denyson | | 4023 Seton Ave | The Bronx | Bronx | NY | 10466 | 02/07/2020 |
| Matranga | George | V | 2349 Haviland Avenue | | The Bronx | NY | 10462 | 12/16/2020 |
| Matrejek | Steven | | 160 72nd St | Apt. 781 | Brooklyn | NY | 11209 | 07/26/2019 |
| Mattei | Roberto | | 354 South 3rd Street | 4F | Brooklyn | NY | 11211 | 08/17/2022 |
| Matthias | Euphrasio | | 2400 Webb Avenue | 3K | Bronx | NY | 10468 | 05/05/2017 |
| Mattox | Henry | | 501 W 143rd St | Apt 45 | New York | NY | 10031 | 01/03/2019 |
| Matveev | Anatoly | | 2461 E 29th St | Brooklyn | Brooklyn | NY | 11235 | 07/13/2018 |
| Maya | Hector | L | 950 Underhill Ave | Bronx | New Yorl | NY | 10473 | 09/20/2017 |
| Mayers | Brian | M | 805 Prospect Pl | Brooklyn | New York | NY | 11216 | 08/15/2017 |
| Mayweather | Adam | L | 65-61 Parsons Blvd | Queens | New York | NY | 11365 | 04/17/2018 |
| McArdle | Kevin | | 196-44 48th Ave | Queens | New York | NY | 11365 | 04/16/2018 |
| McCaa | Mario | | 245 147th Avenue | | Queens | NY | 11422 | 10/21/2021 |
| McCallan | Mark | | 233 7th Street | | Saint James | NY | 11780 | 07/13/2022 |
| McDonald | Lori | | 1695 Madison Avenue | Apt 8C | New York | NY | 10029 | 10/04/2017 |

Employees, etc. related to any of the Companies see Schedlue E and Schedule F
(see also NY CLS Bus Corp § 630, Liability of shareholders for wages due to laborers, servants or employees)

| Last Name | First Name | Middle Name | Address Line 1 | Address Line 2 | City | State | Zip / Postal Code | Approx. Hire Date (Good-Faith) |
|---|---|---|---|---|---|---|---|---|
| McFadden | Hubertine | | 315 Fountain Avenue | 2F | Brooklyn | NY | 11208 | 08/02/2019 |
| McGrath | Michael | | 30 Oaklawn Ave | | Glen Head | NY | 11545 | 03/04/2019 |
| McKenzie Jr | Euton | A | 130 West End Avenue | | Newark | NJ | 07106 | 11/20/2019 |
| McKleinfeld | Sarah | A | 1091 Dekalb Ave | | Brooklyn | NY | 11221 | 06/17/2019 |
| McLean | Lairon | A | 2141 Bruckner Boulevard | 1R | The Bronx | NY | 10472 | 06/15/2020 |
| McSherry | Raymond | P | 501 E 234th St | Bronx | New York | NY | 10470 | 08/09/2017 |
| Mendez | Carlos | | 80-92 222nd St | Queens | New York | NY | 11427 | 07/20/2018 |
| Mendez-Vasquez | Julian | | 529 Timpson Place | 2nd floor | Bronx | NY | 10455 | 07/12/2021 |
| Menocal | Chris | | 3169 Fairmount Ave | | Bronx | NY | 10465 | 01/16/2019 |
| Mercedes Madrigal | Ruben | Dario | 1155 Evergreen Avenue | H | Bronx | NY | 10472 | 03/21/2022 |
| Mergler | Paul | | 211 E Front St | | Hancock | NY | 13783 | 07/10/2019 |
| Michie | Richard | | 3422 Tibbett Avenue | | Bronx | NY | 10463 | 05/02/2011 |
| Mieczyslaw | Marek | | 427 Jauncey Avenue | | Lyndhurst | NJ | 07071 | 04/08/2022 |
| Mierzejewski | Sebastian | | 73-11 67th rd | | Middle Village | NY | 11379 | 10/07/2019 |
| Milag | Mario | | 1425 Esterbrook Avenue | Unit 408 | Rahway | NJ | 07065 | 01/21/2020 |
| Milana | Peter | Michael | 1 Marlin Drive | | Copiague | NY | 11726 | 04/08/2022 |
| Miller | Yannick | B | 219 Thomas S Boyland Street | | Brooklyn | NY | 11233 | 10/07/2019 |
| Minami | Thomas | | 79-81 149th Ave | | Howard Beach | NY | 11414 | 03/12/2019 |
| Miranda | Victor | | 6916 164 street | 4B | Fresh Meadows | NY | 11365 | 12/07/2020 |
| Miranda | Richard | | 141 Ampere Pkwy | 2 floor | East Orange | NJ | 07017 | 04/15/2019 |
| Mirino | Michael | | 38 Crosby Ave. | | Albertson | NY | 11507 | 02/02/2011 |
| Mirino | Kathryn | Ann | 38 Crosby Avenue | | Albertson | NY | 11507 | 02/17/2021 |
| Misa | Piotr | | 5931 58th Road | | Maspeth | NY | 11378 | 02/25/2019 |
| Mitchell | Sean | P | 302 Grand Avenue | | West Hempstead | NY | 11552 | 05/10/2018 |
| Moaze | Stelmo | M | 430 Wortman Avenue | | Brooklyn | NY | 11207 | 10/04/2022 |
| Monde | Morila | | 332 Green Avenue | #2 | Brooklyn | NY | 11238 | 06/11/2019 |
| Morales | Harry | | 4500 Bordentown Ave | | Sayreville | NJ | 08872 | 12/11/2017 |
| Morales | Illana | | 2417 Melrose Street | | Winter Haven | FL | 33881 | 02/23/2004 |
| Morales | Xochitl | | 1437 27th Avenue | Floor 2 | Long Island City | NY | 11102 | 02/20/2019 |
| Morano | Frank | | 23 Serviss Ave | | East Brunswick | NJ | 08816 | 01/08/2019 |
| Moreira | Jorge | G | 361 Bedford Avenue | | Uniondale | NY | 11553 | 03/30/2016 |
| Morgan | Theodore | | 144-38 228th Street | | Queens | NY | 11413 | 06/13/2019 |
| Mosby | La Mont | | 388 Pearl Street | Apt. 14I | New York | NY | 10038 | 08/05/2019 |
| Mui | Wade | | 243 Elizabeth Street | Apt 4 | New York | NY | 10012 | 10/20/2017 |
| Musoev | Daniel | | 1305 Delmar Loop | Brooklyn | New York | NY | 11239 | 07/26/2018 |
| Mysiuk | Victor | | 61 Smith Street | | Lynbrook | NY | 11563 | 08/18/2022 |
| Narine | Tameshwar | | 91-01 210th Street | | Queens Village | NY | 11428 | 08/14/2017 |
| Nelson | Colin | A | 63 Nichols Avenue | | Brooklyn | NY | 11208 | 03/26/2019 |
| Nematz | Ernest | R | 63 Highridge Road | | Monroe | NY | 10950 | 05/04/2017 |

Employees, etc. related to any of the Companies see Schedlue E and Schedule F
(see also NY CLS Bus Corp § 630, Liability of shareholders for wages due to laborers, servants or employees)

| Last Name | First Name | Middle Name | Address Line 1 | Address Line 2 | City | State | Zip / Postal Code | Approx. Hire Date (Good-Faith) |
|---|---|---|---|---|---|---|---|---|
| Neuhaus | Angela Marta | | 65-47 160th St | | Fresh Meadows | NY | 11365 | 03/12/2019 |
| Newell | Cecil | Saint Clair | 4627 Carpenter Avenue | 1 | Bronx | NY | 10470 | 03/21/2022 |
| Nichols | Monique | | 411 Fenimore St | | Brooklyn | NY | 11225 | 07/03/2019 |
| Nicholson | Theodore | Alexander | 146-15 176th Street | 1 | Queens | NY | 11434 | 03/14/2022 |
| Nunez | Anthony | | 148 Maple Street | | Lawrence | MA | 01841 | 07/27/2020 |
| Nur | Mashru | M | 42-10 Colden Street | Apt 407 | Flushing | NY | 11355 | 05/03/2021 |
| Nuzzo | Patrick | | 2013 Kimball St | Brooklyn | New York | NY | 11234 | 09/25/2017 |
| O Donnell | John | | 115 South 5th Street | 2A | Brooklyn | NY | 11249 | 07/18/2022 |
| O'Brien | Samuel | | 26-44 29th Street | 2 | Queens | NY | 11102 | 08/15/2022 |
| Oden | Terrence | | 34-65 162nd St | | Queens | NY | 11358 | 03/18/2019 |
| Oettinger | Paul | W | 320 Halsey Ave | | West Hempstead | NY | 11552 | 06/19/2019 |
| Ojeda | Dan | | 3175 Rawlins Avenue | Apt B | Bronx | NY | 10465 | 07/24/2018 |
| Olives Vera | Roque | | 1994 Bergen Street | Apt 2A | Brooklyn | NY | 11233 | 11/05/2020 |
| Orent | Matthew | | 25 Bayview Road North | | SOUTHAMPTON | NY | 11968 | 01/06/2014 |
| Orent | Andreea | | 25 Bayview Road North | | Southampton | NY | 11968 | 03/20/2019 |
| Ortiz | Edwin | | 65-88 162nd St | Apt 2K | Queens | NY | 11365 | 06/11/2019 |
| Ortiz | Antonio | | 994 E 180th St | Bronx | New York | NY | 10460 | 05/10/2017 |
| Orville | Jackson | A | 2915 Seymour Ave | | Bronx | NY | 10469 | 06/29/2017 |
| Otto | Michelle | Gwen | 330 1st ave | Apt. 11A | New York | NY | 10009 | 08/26/2019 |
| Owusu | Nelson | | 44 Simonson Avenue | | Staten Island | NY | 10303 | 06/13/2019 |
| Pajotte | Donald | E | 111-21 140 street | | Queens | NY | 11435 | 04/05/2021 |
| Palladino | Justin | | 3 Lamberta Court | | West Babylon | NY | 11704 | 09/09/2019 |
| Pandrea | Irinel | Razvan | 118 BLUE RIDGE DR | | CANADENSIS | PA | 18325 | 06/01/1999 |
| Pantoja | Hector | M | 1328 Eider Avenue | | Bronx | NY | 10472 | 08/04/2017 |
| Paoloni | Gary | | 26 Hillside Drive | | Highland Mills | NY | 10930 | 11/16/2012 |
| Paquette | Patrick | J | 1325 Resica Falls Road | | East Stroudsburg | PA | 18302 | 03/16/2022 |
| Parajon | Oscar | | 619 West 176th Street | Apt. 2D | New York | NY | 10033 | 05/13/2019 |
| Parra | Claudia | Lorena | 34-07 37th Ave | Queens | Queens | NY | 11101 | 02/10/2020 |
| Pascal | Christopher | | 11 Miller Ave | | Floral Park | NY | 11001 | 09/11/2018 |
| Pascall | Jason | B | 1152 Mary St | Apt 1 | Elizabeth | NJ | 07201 | 04/16/2018 |
| Paul | Shanie | | 43-25 Hunter Street | 620W | Long Island City | NY | 11101 | 09/04/2020 |
| Paulino | Guillermo | | 941 Thieriot Ave | Bronx | New York347 | NY | 10473 | 11/27/2017 |
| Paulino | Jose | | 119 W 137th St | Manhattan | New York | NY | 10030 | 01/23/2019 |
| Paz | Ricardo | | 11 Lynch Lane | | Wilkes-Barre | PA | 18702 | 10/17/2022 |
| Pena | Adrian | | 61 Carl Avenue | | Franklin Square | NY | 11010 | 10/17/2022 |
| Peppers | Charles | R | 822 Ocean Ave | Brooklyn | New York | NY | 11226 | 07/16/2018 |
| Peralta | Carlos | | 1786 Amsterdam Avenue | 2b | New York | NY | 10031 | 07/12/2021 |
| Perez | Daniel | N | 1075 Edison Ave | Bronx | New York | NY | 10465 | 08/07/2017 |
| Perez | Annya Marie | | 42-15 81st Street | 3T | Queens | NY | 11373 | 07/25/2022 |

Employees, etc. related to any of the Companies see Schedlue E and Schedule F
(see also NY CLS Bus Corp § 630, Liability of shareholders for wages due to laborers, servants or employees)

| Last Name | First Name | Middle Name | Address Line 1 | Address Line 2 | City | State | Zip / Postal Code | Approx. Hire Date (Good-Faith) |
|---|---|---|---|---|---|---|---|---|
| Perez | Fabian | | 351 13th Street Apt 1L | | Brooklyn | NY | 11215 | 09/30/2019 |
| Perna | Tanya | | 634 St Nicholas Ave | Manhattan | New York | NY | 10030 | 10/29/2018 |
| Pernice | Joseph | | 55 Brian St | | New Hyde Park | NY | 11040 | 09/02/2019 |
| Perry | Gabriel | A | 603 Miller Avenue | | Brooklyn | NY | 11207 | 04/12/2021 |
| Pesante | Ann | M | 316 W 95th St | | New York | NY | 10025 | 07/27/2017 |
| Peters | Brian | | 132-04 140 street | | S.Ozone Park | NY | 11436 | 06/08/2017 |
| Petersen | Carlos | | 428 East 46th Street | Apt E5 | Brooklyn | NY | 11203 | 09/05/2019 |
| Peterson | Bryan | M | 5 Joan Lane | | Vernon Township | NJ | 07422 | 03/16/2022 |
| Petriashvili | Tamaz | | 379 Kings Highway | Apt 2A | Brooklyn | NY | 11223 | 08/13/2018 |
| Phillip | Berger | | 61 Richmond Avenue | | Patchogue | NY | 11772 | 07/29/2022 |
| Pichardo | Julio | C | 488 McClean Avenue | | Yonkers | NY | 10705 | 11/21/2019 |
| Pichardo | Edward | De Jesus | 88-20 88th street | | Woodhaven | NY | 11421 | 02/28/2022 |
| Pierre | Dane | | 131-11 244th Street | | Queens | NY | 11422 | 08/12/2020 |
| Piwowarczyk | Sebastian | | 294 Ivy Street | | Kearny | NJ | 07032 | 08/16/2022 |
| Politsmakher | Vadim | | 21 Dank Ct | Brooklyn | New York | NY | 11223 | 04/26/2018 |
| Porr | Daniel | | 53-11 82nd Street | | Queens | NY | 11373 | 10/17/2022 |
| Portarescul | Nicolae | | 2034 E 23rd St | Brooklyn | Brooklyn | NY | 11229 | 06/04/2018 |
| Porter | Monique | | 157 North Elliott Walk | Apt 3B | Brooklyn | NY | 11205 | 10/01/2019 |
| Powell | Marshall | G | 635 Castle Hill Ave | Bronx | Bronx | NY | 10473 | 08/24/2017 |
| Prasad | Sunil | | 102-07 134th street | | Richmond Hill | NY | 11419 | 06/24/2020 |
| Preisel | Kenneth | | 230 Tiffany Drive | | Massapequa Park | NY | 11762 | 10/05/2021 |
| Pruitt | Matica | L | 2630 Linden Boulevard | 6H | Brooklyn | NY | 11208 | 10/22/2019 |
| Pulido Ramos | Enrique | | 98-05 67th Avenue | | Queens | NY | 11374 | 11/01/2019 |
| Pusey | Vincent | | 360 Jerome St | Brooklyn | New York | NY | 11207 | 07/27/2018 |
| Quiles | Andrea | E | 14-35 26th Ave | Apt 2R | Astoria | NY | 11102 | 01/01/2019 |
| Quinones | Donavan | | 271 East 143rd Street | 12D | The Bronx | NY | 10451 | 10/27/2022 |
| Quispe Pizarro | Jhony | Enrique | 8 Bear Creek Road | O1 | Andover | NJ | 07821 | 01/17/2022 |
| Rabel | Duhamel | J | 503 W 138th St | Apt 5C | New York | NY | 10031 | 04/15/2019 |
| Radcliffe | Cleon | C | 85 Hill Avenue | | Elmont | NY | 11003 | 01/14/2022 |
| Radtke | Greg | C | 4 Woodland Terrace | | Merrick | NY | 11566 | 04/16/2018 |
| Rahaman | Rasheed | | 112 Linden Avenue | | Hempstead | NY | 11550 | 02/02/2021 |
| Ramirez | Lincoln | | 41-15 52nd Street | Apt 2B | Queens | NY | 11377 | 11/21/2022 |
| Ramjitsingh | Kevin | | 115-43 127th Street | Floor 2 | Queens | NY | 11420 | 06/24/2019 |
| Ramsay | Lloyd | A | PO Box 340060 | | Brooklyn | NY | 11234 | 06/30/2017 |
| Rauert | John | | 860 East Broadway | 3F | Long Beach | NY | 11561 | 08/18/2022 |
| Recica | Meriton | | 36-54 35th St | Apt 4 | Long Island City | NY | 11106 | 07/30/2018 |
| Reddy | Scott | E | 29 Talcott Dr | | East Northport | NY | 11731 | 09/25/2017 |
| Reece | Terence | | 179-02 146th Rd | Queens | Queens | NY | 11434 | 05/28/2019 |
| Regan | Richard | E | 251 Scranton Ave | | Lynbrook | NY | 11563 | 09/26/2017 |
| Remy | Kim | L | 3130 Winsford Way | | Bushkill | PA | 18324 | 01/09/2019 |

Employees, etc. related to any of the Companies see Schedlue E and Schedule F
(see also NY CLS Bus Corp § 630, Liability of shareholders for wages due to laborers, servants or employees)

| Last Name | First Name | Middle Name | Address Line 1 | Address Line 2 | City | State | Zip / Postal Code | Approx. Hire Date (Good-Faith) |
|---|---|---|---|---|---|---|---|---|
| Rene | Jean | R | 68 Scofield Avenue | | Stamford | CT | 06906 | 08/05/2020 |
| Reshard | Tywon | M | 65-70 162nd Street | | Queens | NY | 11365 | 11/17/2020 |
| Reyes | Felix | | 2267 Turnbull Ave | | Bronx | NY | 10473 | 01/01/2019 |
| Reyes | Daniel | F | 121 Hillcrest Ave | | Plainfield | NJ | 07062 | 04/16/2018 |
| Ricketts | Dwayne | | 118-14 219th St | | Queens | NY | 11411 | 04/22/2019 |
| Rios | Christopher | | 149 9th St | | Brooklyn | NY | 11215 | 09/02/2019 |
| Rios | Nelson | | 288 Clinton St | Brooklyn | New York | NY | 11201 | 05/07/2018 |
| Rivas Dominguez | Nikis | R | 3850 Sedgwick Avenue | 13C | The Bronx | NY | 10463 | 04/05/2021 |
| Rivera | Jason | L | 172 Atkins Ave | Brooklyn | New York | NY | 11208 | 08/01/2017 |
| Rivera | Luis | | 88-29 Spritz Road | | Ozone Park | NY | 11417 | 08/01/2017 |
| Rivera | Roland | | 2237 2nd Avenue | Apt. 6A | New York | NY | 10029 | 05/13/2019 |
| Rizzuto | Joseph | J | 251-05 61st Avenue | | New York | NY | 11362 | 04/18/2018 |
| Roberts | Warren | | 2815 Carnation Avenue | | Baldwin | NY | 11510 | 08/15/2022 |
| Robinson | Joy | | 330 East 26th Street | Manhattan | New York | NY | 10010 | 08/03/2022 |
| Rochford | Frank | | 51 Evelyn Pl | | Staten Island | NY | 10305 | 07/22/2019 |
| Rodriguez | Jorge | | 131 West Blvd | | East Rockaway | NY | 11518 | 06/24/2019 |
| Rodriguez | Enrique | | 71-28 73rd Street | | Queens | NY | 11385 | 07/21/2022 |
| Rodriguez | Mario | E | 48-16 104th Street | 2 | Queens | NY | 11368 | 08/24/2022 |
| Rodriguez | Justin | A | 33 Forest Ave | | Cortlandt | NY | 10567 | 10/29/2018 |
| Rodriguez | Raymond | | 114-17 211th Street | | Cambria Heights | NY | 11411 | 05/03/2021 |
| Rodriguez | Gilberto | | 1241 Morrison Ave | Bronx | New York | NY | 10472 | 04/23/2018 |
| Rodriguez Polanco | Renzo | | 1121 W Tilghman | | Allen Town | PA | 18102 | 01/20/2021 |
| Roldan | Raymond | | 96-04 101st Avenue | 2 | Queens | NY | 11416 | 08/16/2022 |
| Romero | Arturo | | 141-45 78th Rd | | Queens | NY | 11367 | 07/09/2019 |
| Rosen | Michael | | 67-30 164th street | | Flushing | NY | 11365 | 11/17/2020 |
| Ross | Barney | | 120 Benchley Pl | Apt. 16D | Bronx | NY | 10475 | 01/08/2019 |
| Roszkowski | Robert | J | 111 Elizabeth Avenue | | Toms River | NJ | 08753 | 03/15/2021 |
| Rotun | Marc | | 1229 65th St | Brooklyn | New York | NY | 11219 | 04/23/2018 |
| Rowland | Hezekiah | | 67-24 161st St | Queens | New York | NY | 11365 | 08/01/2017 |
| Rubio | Edgard | R | 54-39 100th Street | 104 | Queens | NY | 11368 | 10/22/2019 |
| Ruiz | Jonathan | Arias | 87-09 164th Street | | Jamaica | NY | 11432 | 06/26/2020 |
| Rydzewski | Bartosz | | 513 Scudder Avenue | | Copiague | NY | 11726 | 07/12/2021 |
| Sabino | Alberto | R | 1485 Shore Parkway | 4G | Brooklyn | NY | 11214 | 04/05/2022 |
| Salinas Loja | Carlos | | 1260 Webster Avenue | 8E | Bronx | NY | 10456 | 02/21/2022 |
| Sam | Andrew | | 1079 E 42nd St | | Brooklyn | NY | 11210 | 06/17/2019 |
| Sammy | Rhiema | F | 115-07 Jamaica Avenue | | Richmond Hill | NY | 11418 | 06/28/2022 |
| Samuells | Timothy | W | 11 Southampton Drive | | Massapequa | NY | 11758 | 07/05/2017 |
| San Martin | Fabian | | 202 HENDRICKSON AVE | | Lynbrook | NY | 11563 | 08/26/2019 |

Employees, etc. related to any of the Companies see Schedlue E and Schedule F
(see also NY CLS Bus Corp § 630, Liability of shareholders for wages due to laborers, servants or employees)

| Last Name | First Name | Middle Name | Address Line 1 | Address Line 2 | City | State | Zip / Postal Code | Approx. Hire Date (Good-Faith) |
|---|---|---|---|---|---|---|---|---|
| Sanchez | Michael | S | 700 Lenox Ave | Apt 16D | New York | NY | 10039 | 03/12/2019 |
| Sanchez Perez | Felix | Daniel | 2772 Valentine Avenue | C10 | The Bronx | NY | 10458 | 06/29/2020 |
| Sanmogan | Malcolm | | 741 E 101st St | | Brooklyn | NY | 11236 | 06/17/2019 |
| Santana | Juranisa | F | 7212 5th Avenue | Apt 1 | Brooklyn | NY | 11209 | 08/16/2017 |
| Santos | Thiago | H | 14-35 31st Road | Apt 3F | Long Island City | NY | 11106 | 06/08/2017 |
| Saquicela | Lourdes | | 29-17 Humphrey Street | 1st. Floor | East Elmhurst | NY | 11369 | 07/15/2019 |
| Schwab | Ronald | | 98-18 Rockaway Beach Boulevard | 1A | Rockaway Park | NY | 11694 | 09/08/2022 |
| Scott | David | | 60 W 104th St | Apt 1E | New York | NY | 10025 | 07/22/2019 |
| Scott | Douglas | L | 72 Green Street | | Valley Stream | NY | 11580 | 11/17/2020 |
| Scott | Jarvin | Y | 465 West 166th Street, Apt. 4E | | New York | NY | 10032 | 08/02/2017 |
| Seals | Kashaia | m | 36 St Edwards St | Brooklyn | New York | NY | 11205 | 04/23/2018 |
| Seals | Kywia | S | 36 st Edwards Street | Apt 2B | Brooklyn | NY | 11205 | 08/15/2017 |
| Sernetskyy | Andriy | | 32 HENRY Place | | Staten Island | NY | 10305 | 01/04/2016 |
| Serrano | Peter | | 34-10 84st | Apt e32 | Jackson Heights | NY | 11372 | 01/01/2019 |
| Sfaelos | Gerasimos | | 1502 Sylvia Lane | | East Meadow | NY | 11554 | 03/01/2016 |
| Shamkhalov | Emin | | 34 Pelican Circle | | Staten Island | NY | 10306 | 08/26/2019 |
| Sheinin | Sean | | 2568 E 21st St | | Brooklyn | NY | 11235 | 07/22/2019 |
| Sherard | Ashanti | | 89 Avenue C | Manhattan | New York | NY | 10009 | 08/22/2017 |
| Shiwram | Premnauth | | 10931 112th St | | South Ozone Park | NY | 11420 | 04/23/2019 |
| Siegel | Adam | T | 26 Larry Drive | | Commack | NY | 11725 | 07/28/2022 |
| Simpson | Richard | | 871 Rutland Ave | Apt 2F | Brooklyn | NY | 11203 | 06/13/2019 |
| Singh | Homdat | | 1026 Throggmorton Ave | Bronx | New York | NY | 10465 | 10/05/2017 |
| Skarinko | Valentin | | 3202 Nostrand Ave | Brooklyn | New York | NY | 11229 | 04/17/2018 |
| Smith | Kevin | J | 15 Payne Road | | Bethel | CT | 06801 | 04/26/2021 |
| Smith | Kendu | | 2630 Linden Boulevard | 7C | Brooklyn | NY | 11208 | 10/30/2019 |
| Soltysiak | Eugene | | 811 bronx river road | Apt 5D | Bronxville | NY | 10708 | 11/16/2022 |
| Sorrentino | Frank | | 15 Coneflower Court | | Ballston Spa | NY | 12020 | 11/12/2021 |
| Soto | Angelo | | 192 9th st | | belford | NJ | 07718 | 07/11/2019 |
| Sparks | Anthony | | 217 Cleveland Ave | | Endicott | NY | 13760 | 09/22/2017 |
| Spence | Conray | | 22512 murdo | | Queens Village | NY | 11429 | 10/17/2022 |
| St. Bernard | Marlon | | 543 Miller Avenue | | Freeport | NY | 11520 | 06/29/2020 |
| St. John | Mark | | 244 Bond St | Brooklyn | New York | NY | 11217 | 07/19/2018 |
| Stabile | Nicholas | | 6064 71st Ave | | Ridgewood | NY | 11385 | 03/25/2019 |
| Stavysiuk | Denys | | 21 Ocean Avenue | | Brooklyn | NY | 11221 | 03/16/2022 |
| Stefanyshyn | Taras | | 7706 20th Street | | Brooklyn | NY | 11214 | 11/19/2019 |
| Stephen | Varin | A | 451 Linden Boulevard | | New York | NY | 11561 | 08/21/2017 |
| Stephens | Brandon | D | 280 West Seaman Avenue | | Freeport | NY | 11520 | 11/10/2020 |
| Streppone | Dominic | | 25-15 Newtown Ave | | Astoria | NY | 11102 | 07/22/2019 |
| Sultan | Steve | | 99-65 64th Rd | Apt 1K | Queens | NY | 11374 | 04/11/2019 |

Employees, etc. related to any of the Companies see Schedlue E and Schedule F
(see also NY CLS Bus Corp § 630, Liability of shareholders for wages due to laborers, servants or employees)

| Last Name | First Name | Middle Name | Address Line 1 | Address Line 2 | City | State | Zip / Postal Code | Approx. Hire Date (Good-Faith) |
|---|---|---|---|---|---|---|---|---|
| Suppa | Sean | M | 128 Mcarthur Avenue | | Staten Island | NY | 10312 | 10/18/2019 |
| Sylvester | David | | 589 Bristol St | | Brooklyn | NY | 11212 | 06/14/2019 |
| Sylvester | Seve | Garth | 1371 E 52nd St | Brooklyn | New York | NY | 11234 | 08/08/2018 |
| Tangarife | Brian | | 15 Beverly Way | | Wayne | NJ | 07470 | 05/30/2017 |
| Tapia Lopez | Carlos | Andres | 31-31 103rd Street | 1 | Queens | NY | 11369 | 03/13/2022 |
| Tarpey | Thomas | J | 23 Woodlawn Rd | | Putnam Valley | NY | 10579 | 05/02/2017 |
| Tarpey | John | | 39-27 213th st | | Bayside | NY | 11361 | 04/01/2019 |
| Tejan | Mugib | | 1555 Seabury Place | #1B | Bronx | NY | 10460 | 08/26/2019 |
| Tetteh | Joseph | N | 1450 Oakley St | Bronx | New York | NY | 10469 | 08/09/2017 |
| Thomas | David | | 1382 Saint Johns pl | APT 6 | Brooklyn | NY | 11213 | 07/22/2019 |
| Tineo | Robert | | 17 7th Avenue | | Farmingdale | NY | 11735 | 09/18/2017 |
| Tipa | Dominick | | 7511 14th Ave | | Brooklyn | NY | 11228 | 03/04/2019 |
| Tomaiuoli | Edward | | 938 Annette Drive | | Wantagh | NY | 11793 | 06/15/2020 |
| Torres | Peter | A | 10 Flower St | | New Rochelle | NY | 10801-7507 | 10/17/2019 |
| Tracy | Matthew | | 74 Lexington Road | | Tappan | NY | 10983 | 12/07/2020 |
| Trzcianski | Tadeusz | | 66-90 60th Pl | Apt 2L | Ridgewood | NY | 11385 | 04/16/2018 |
| Tsadilas | Spiros | | 6133 163rd St | | Fresh Meadows | NY | 11365 | 04/02/2018 |
| Tsering | Tenzin | | 94-24 51st ave | Apt 1A | Elmhurst | NY | 11373 | 08/26/2019 |
| Tsiklauri | Malkhaz | | 1679 East 19th Street | Apt.2B | Brooklyn | NY | 11229 | 08/09/2019 |
| Tsiklauri | Archil | | 1679 E 19th St | Apt 2 B | Brooklyn | NY | 11229 | 04/23/2018 |
| Tsividakis | Christos | | 23-24 Hoyt Ave S | Queens | Astoria | NY | 11102 | 04/15/2019 |
| Tuohy | Daniel | | 3936 Laurel Ct | | Seaford | NY | 11783 | 01/14/2019 |
| Tyrrell | Todd | | 1497 Carroll Street | 26 | Brooklyn | NY | 11213 | 07/12/2022 |
| Udo | Ekot-Uyo | | 3970 Bronx Blvd | Bronx | New York | NY | 10466 | 07/24/2018 |
| Valencia | Jose | | 68-15 64th Pl | | Ridgewood | NY | 11385 | 09/27/2019 |
| Valentine | Mauricio | D | 272 Wyckoff Street | Apt 18B | Brooklyn | NY | 11217 | 10/03/2017 |
| Vargas | Juan | | 90-11 198th Street | 1 | Queens | NY | 11423 | 08/05/2022 |
| Vargas | Pedro | | 87-76 96th Street | 2nd floor | Queens | NY | 11421 | 10/31/2019 |
| Varghese | Liza | | 29 Lark Street | | Pearl River | NY | 10965 | 03/11/2019 |
| Vasquez | Steven | | 129 Orchard Street | apt 17 | New York | NY | 10002 | 05/06/2019 |
| Vega | Ralph | | 8119 5th Ave | Brooklyn | New York | NY | 11209 | 04/23/2018 |
| Vela | Marco | | 66-08 Austin Street | Apt 2H | Queens | NY | 11374 | 05/31/2019 |
| Velazquez | Luis | | 450 Gouverneur Pl | 3F | Bronx | NY | 10456 | 03/06/2020 |
| Velez | Osvaldo | | 105-33 91st | | Ozone Park | NY | 11417 | 06/03/2019 |
| Ventegeat | Favian | | 215 East 111th St | Apt 3 | New York | NY | 10029 | 09/27/2019 |
| Verdun | Ashley | B | 5 Lawrence street unit 428 | | Bloomfield | NJ | 07003 | 08/07/2017 |
| Vesco | Dawn | | 11 Fort George Hill | 12E | New York | NY | 10040 | 02/18/2020 |
| Vignola | Michael | | 161-32 Jewel Ave | Apt. 4E | Queens | NY | 11365 | 07/09/2019 |
| Volberg | Michael | | 27 North 6th Street | Apt 8C | Brooklyn | NY | 11249 | 06/18/2019 |
| Volberg | Nicholas | | 27 North 6th Street | Apt 8C | Brooklyn | NY | 11249 | 06/27/2019 |
| Waldemar | Makson | J | 17-28 Greene Avenue | 1L | Queens | NY | 11385 | 12/10/2020 |
| Wallace | Khadejah | M | 9 High Court | | Manhasset | NY | 11030 | 08/02/2019 |

Employees, etc. related to any of the Companies see Schedlue E and Schedule F
(see also NY CLS Bus Corp § 630, Liability of shareholders for wages due to laborers, servants or employees)

| Last Name | First Name | Middle Name | Address Line 1 | Address Line 2 | City | State | Zip / Postal Code | Approx. Hire Date (Good-Faith) |
|---|---|---|---|---|---|---|---|---|
| Walters | George | | 234-12 134th Road | Queens | Lauralton | NY | 11422 | 05/28/2019 |
| Ward | Clayton | | 178-26 Zoller Rd | Queens | New York | NY | 11434 | 07/13/2018 |
| Washington | Karen | | 867 E 38th St | | Brooklyn | NY | 11210 | 07/08/2019 |
| Waters | Dirk | F | 69-43 61st Rd | Queens | New York | NY | 11379 | 04/26/2018 |
| Waters | Isaiah | T | 4 Gray Street | | Montclair | NJ | 07042 | 12/23/2019 |
| Watson | John | | 2201 Amsterdam Avenue | Apt. 4D | New York | NY | 10032 | 07/22/2019 |
| Weeks | Ciara | E | 156-17 71st Ave | Queens | New York | NY | 11367 | 05/14/2018 |
| Weier | George | | 149 Prentiss Ave | Bronx | Bronx | NY | 10465 | 06/29/2017 |
| Wells | Philip | C | 408 W 57th Street | 5O | New York | NY | 10019 | 08/19/2020 |
| Werts | Jalaal | G | 1100 Elder Avenue | | Bronx | NY | 10472 | 08/09/2019 |
| Wheeler | Anthony | | P.O Box 330359 | | Brooklyn | NY | 11233 | 07/12/2022 |
| White | DANA | I | 56 W 119th St | Apt. 1A | New York | NY | 10026 | 11/28/2017 |
| White | Erica | | 10-23 FDR Drive 1A | Manhattan | New York | NY | 10009 | 08/07/2018 |
| Williams | Desrine | D | Jewel Avenue | 2 | Flushing | NY | 11365 | 10/18/2019 |
| Williams | Isheem | | 70-10 Parsons Boulevard | | Queens | NY | 11367 | 05/24/2019 |
| Williams | Randy | R | 481 Madison Street | | Brooklyn | NY | 11221 | 03/18/2022 |
| Williams | Dean | | 1432 Minford Place | | Bronx | NY | 10460 | 03/16/2022 |
| Williams | Ebony | | 246 Johnson Ave | Apt# 4C | Brooklyn | NY | 11206 | 08/06/2018 |
| Williams | Davone | G | 16 East 208th Street | Apt 5B | Bronx | NY | 10467 | 03/18/2022 |
| Williams | Edward | | 2569 Seventh Avenue | Apt 7d | New York | NY | 10039 | 10/27/2011 |
| Willingham | Charles | | 3090 Voorhies Ave | Apt 3H | Brooklyn | NY | 11235 | 06/03/2018 |
| Wilson | Tysean | J | 837 Halsey Street | Apartment 2A | Brooklyn | NY | 11233 | 07/24/2017 |
| Wood | Daisy | I | 1871 Eastern Pkwy | Brooklyn | New York | NY | 11233 | 05/03/2018 |
| Wood | Dammy | | 102-45 62nd Road | Apt # 4S | Forest Hills | NY | 11375 | 09/25/2015 |
| Woodbine | Linford | A | P.O.Box 490 | | New YOrk | NY | 10467 | 08/15/2017 |
| Wright | Camelia | | 4112 41st Street | Apt. 4M | Sunnyside | NY | 11104 | 10/21/2015 |
| Wright | Omar | | 58-03 48th Ave | | Woodside | NY | 11377 | 08/05/2019 |
| Wrynn | Gerard | | 76-14 266th Street | | Queens | NY | 11040 | 07/14/2022 |
| Wu | Guang | | 53 Meadowlake Drive | | Mahwah | NJ | 07430-2504 | 07/11/2012 |
| Wyszynski | Piotr | | 8516 North Monroe Avenue | | Lindenhurst | NY | 11757 | 08/06/2018 |
| Yang | HongYun | | 67-25 161 Street | 5B | Queens | NY | 11365 | 11/29/2021 |
| Yemhatpe | Jomo | D | 84 Bodine Street | | Staten Island | NY | 10310 | 07/14/2022 |
| Ynfante | Carlos | | 139 MAIN ST | APT3 | NORWALK | NY | 06851 | 08/15/2019 |
| Young | Rohan | | 140-30 171st Street | | Jamaica | NY | 11434 | 07/22/2019 |
| Zalewski | Rafal | | 4-02 Fairview Avenue | 2 | Queens | NY | 11385 | 11/01/2019 |

**Customers, etc. related to any of the Companies see Schedlue E and Schedule F**

| Name | Address_1 | Address_2 | Address_3 | City | State | ZIP_Code | Estimated Amount Owed by Companies (approx/good-faith) |
|---|---|---|---|---|---|---|---|
| Armand Corporation | Armand Corporation | 1350 Broadway, Suite 1901 | | New York | NY | 10018 | $ 201.70 |
| AMERESCO, INC | 50 Front Street | Suite 201 | | Newburgh | NY | 12550 | $ 4,009.18 |
| Advantex Solutions Inc. | Advantex Solutions Inc. | 248-45 Jericho Tpke | | Bellerose | NY | 11426 | $ 356,937.14 |
| AWL Industries | AWL Industries | 460 Morgan Ave | | Brooklyn | NY | 11222 | $ 190,400.28 |
| BA Global construction | 524 Mcdonald Ave. | | | Brooklyn | NY | 11218 | $ 91,514.54 |
| Clean Air Quality Services | Clean AIr Quality Services | 161 Brady Avenue | | Hawthorne | NY | 10532 | $ 36,174.99 |
| Core Construction Group COrp | 32-75 Steinway STreet | Suite 201 | | Astoria | NY | 11103 | $ 125,725.40 |
| City of New York Parks & Recreation | 24 W. 61th Street | 3rd Floor | | New York | NY | 10023 | $ 76,990.85 |
| Climatec LLC | 2851 W Kathleen Rd | | | Phoenix | AZ | 85053 | $ 150,516.68 |
| Constellation NewEnergy, Inc. | 81 Prospect Street | Brooklyn, NY 11201 | | Brooklyn | NY | 11201 | $ 15,079.47 |
| EnviroNet Systems | 1371 Seabury Avenue | Suite 2 | | Bronx | NY | 10461 | $ 38,089.20 |
| Fratello Construction | Fratello Construction | 134 Milbar Blvd | | Farmingdale | NY | 11735 | $ 43,316.80 |
| Honeywell International Inc. | HBS East, South, Central, West | ACS Accounts Payable | PO Box 981234 | El Paso | TX | 79998-1234 | $ 224,282.35 |
| Infinity Contracting Services Corp. | Infinity Contracting Services | 112-20 14th Avenue | | College Point | NY | 11356 | $ 100,498.74 |
| Milford Management | 335 Madison Ave | Suite #15 | | New York | NY | 10017 | $ 882.65 |

**Customers, etc. related to any of the Companies see Schedlue E and Schedule F**

| Name | Address_1 | Address_2 | Address_3 | City | State | ZIP_Code | Estimated Amount Owed by Companies (approx/good-faith) |
|------|-----------|-----------|-----------|------|-------|----------|------------------------------------------------------|
| NUCOR | 1350 Avenue of the Americas | 26 Fl Casdin & Common Corridor | | New York | NY | 10019 | $  139,511.86 |
| Department of Design and Constructi | 30-30 Thomson Avenue, Rm. 404 | | | Long Island City | NY | 11101 | $  122,628.73 |
| NYC Department of Education | 65 Court Street 12th Floor - | | | Brooklyn | NY | 11201 | $  280,339.15 |
| NYC Housing Authority | 90 Church Street | | | New York | NY | 10027 | $  657,466.88 |
| Petretti and Associates | Soul Media | 513 West 54th Street | | New York | NY | 10019 | $   41,142.79 |
| Padilla Construction | 299 Main Street | | | Westbury | NY | 11590 | $   21,509.05 |
| Richmar Controls and Services Co., | Richmar Controls and Services | 851 McLean Avenue | | Yonkers | NY | 10704 | $  124,045.27 |
| RGBS Enterprises Inc. | 2842 Richmond Terrace | | | Staten Island | NY | 10303 | $  271,099.21 |
| Suffolk Construction | Suffolk Construction | 93-05 168th Street | | New York | NY | 10119 | $  839,608.53 |
| Siemens Industry, Inc. | Building Tech Division | 19 Chapin Rd, Bldg. B-200 | PO Box 704 | Pine Brooke | NJ | 7058 | $  343,646.57 |
| Sentient Buildings | Sentient Buildings | 601 W 26th Street | Suite 325 | New York | NY | 10001 | $  162,160.00 |
| State University College | 735 Anderson Hill Road | Capital Failities Planning | | Purchase | NY | 10577 | $   14,571.84 |
| TBS Controls, LLC | TBS Controls | 12E Commerce Drive | Baltston Spa | New York | NY | 12020 | $   54,081.23 |
| Turner Construction Company | Turner Construction Company | 375 Hudson Street | 6th Floor | New York | NY | 10014 | $  146,047.61 |

Customers, etc. related to any of the Companies see Schedlue E and Schedule F

| Name | Address_1 | Address_2 | Address_3 | City | State | ZIP_Code | Estimated Amount Owed by Companies (approx/good-faith) |
|---|---|---|---|---|---|---|---|
| TrackLIfe LLC | 34-07 37TH AVENUE | | | LONG ISLAND CITY | NY | 11101 | $ 350,000.00 |
| Welkin Mechanical | 1010 Northern Boulevard | Suite 200 | | Great Neck | NY | 11021 | $ 43,273.32 |
| NYC Transit Authority | MTA Business Services Center | 333 West 34th Street, 9th Fl. | | New York | NY | 10001 | |

Vendors, etc. related to any of the Companies see Schedlue E and Schedule F

| Name | Address_1 | Address_2 | City | State | ZIP | Estimated Amount Owed by Companies (approx/good-faith) |
|---|---|---|---|---|---|---|
| 3100 47th Avenue Property Inve | C/O Cushman and Wakefield | P.O. Box 829653 | Philadelphia | PA | 19182-9653 | $ 153,475.07 |
| Accordant Company, LLC | 365 South Street | | Morristown | NJ | 7960 | $ 1,381.25 |
| ACS ANALYTICAL & COMBUSTION SY | 6 Berkshire Blvd | Suite# 306 | Bethel | CT | 6801 | $ 20,919.94 |
| ACT ELECTRIC DAT SUPPLIES | 43-73 9th Street | | Long Island City | NY | 11101 | $ 7,223.55 |
| Adorama | Adorama | 42 West 18 Street | New York | NY | 10011 | $ 215.55 |
| AEC National Recruiters | P.O. Box 6 | | Lackawaxen | PA | 18435 | $ 7,500.00 |
| AFLAC NEW YORK | Remittance Processing Services | 1932 Wynnton Road | Columbus | GA | 31999-6005 | $ 1,057.56 |
| American Lamp Recycling, LLC | 55 Riverview Drive | | Malboro | NY | 12542 | $ 843.78 |
| AMAZON.COM | | | | | | $ 3,253.29 |
| American Express | PO Box 1270 | | Newark | NJ | 07101-1270 | $ 15,554.69 |
| APEX TECHNICAL SCHOOL | 24-02 QUEENS PLAZA SOUTH | | LONG ISLAND CITY | NY | 11101 | $ 29,596.17 |
| Ascentium Capital LLC | 23970 HWY 59 N | | KINGWOOD | TX | 77339-1535 | $ 5,359.48 |
| AssuredPartners Northeast, LLC | 100 Baylis Road, SUite 300 | | Melville | NY | 11747 | $ 1,778.00 |
| ATLAS | 895 ESSEX STREET | | BROOKLYN | NY | 11208 | $ 4,415.97 |
| BASIN HAULAGE INC. | PO Box 790058 | | Middle Village | NY | 11379 | $ 10,362.42 |
| Benfield Electric Supply | | | White Plains | NY | 10603 | $ 105,137.38 |
| The Benefit Practice | 1055 Washington Blvd. Ste. 610 | | Stamford | CT | 6901 | $ 5,689.15 |
| billmatrix | | | | | | $ 5.00 |
| BLUE BEAM, INC. | 55 South Lake Ave | Suite 900 | Pasadena | CA | 91101 | $ 538.93 |
| Bryant/American Tool | 61-10 34th Avenue | | Woodside | NY | 11377 | $ 244.97 |
| CALLAHEAD.COM | 304 CROSSBAY BLVD | | BROAD CHANNEL | NY | 11693 | $ 12,546.88 |
| CASSONE LEASING, INC. | 1950 Lakeland Avenue | | Ronkonkoma | NY | 11779 | $ 20,002.42 |
| CERCO PRODUCTS, INC. | 127 DALE STREET | | WEST BABYLON | NY | 11704 | $ 9,249.42 |
| Chase - Visa | P.O BOX 15652 | | Wilmington | DE | 19886 | $ 83,384.01 |
| CHASE AUTO FINANCE | PO BOX 78069 | | PPHOENIX | AZ | 85069 | $ 3,753.61 |
| Chase Master Card | | | | | | $ 87.46 |
| CHASE FIRE SERVICES | 10-46 47th Avenue | | Long Island City | NY | 11101 | $ 211.22 |
| Chubb Group of Insurance Compa | P.O. Box 7777-1630 | | Philadelphia | PA | 19175-1630 | $ 9,952.14 |

Vendors, etc. related to any of the Companies see Schedlue E and Schedule F

| Name | Address_1 | Address_2 | City | State | ZIP | Estimated Amount Owed by Companies (approx/good-faith) |
|---|---|---|---|---|---|---|
| CITADEL ELECTRICAL SUPPLY CO. | 23 ROCKLAND PARK AVE. | | TAPPAN | NY | 10983 | $  184,352.08 |
| CityScan Corporation | 2281 Light Street | | Bronx | NY | 10466 | $  979.88 |
| Cloud 9 Internet | 222 Bloomingdale Road Ste. 403 | | White Plains | NY | 10605 | $  11,616.96 |
| COLONIAL HARDWARE CORP. TOOLS | 33 COMMERCE STREET | | SPRINGFIELD | NJ | 7081 | $  18,615.64 |
| Collectif Engineering PLLC | 27 W 20th Street | | New York | NY 1 | | $  1,175.00 |
| Conserve Electrical Supply Cor | P.O Box 279 | | Nesconset | NY | 11767 | $  17.08 |
| CONCRETE EXPRESS OF NY, LLC | 2279 HOLLERS AVENUE | | BRONX | NY | 10475 | $  482.32 |
| Costco Wholesale Membership | P.O. BOX 34535 | | Seattle | WA | 98124 | $  905.94 |
| Cross Surety, Inc. | 485 Main Street | | Lewiston | ME | 04240-6236 | $  39,235.70 |
| CROSS FIRE & SECURITY CO. | 1756 86th STREET | | BROOKLYN | NY | 11214 | $  533.49 |
| CSC | PO BOX 7410023 | | Chicago | IL | 60674-5023 | $  520.88 |
| Corporation Service Company | PO BOX 7410023 | | Chicago | IL | 60674-5023 | $  279.48 |
| CT Corporation | PO Box 4349 | | Carol Stream | IL | 60197-4349 | $  9,013.55 |
| DEALERS INDUSTRIAL EQUIP, LLC | 619 Ramsey Avenue | | HILLSIDE | NJ | 7205 | $  878.00 |
| Dept. of Environmental Protcte | 59-17 Junction Blvd. | | Flushing | NY | 11373 | $  700.00 |
| Digi-Key Electronics | 701 Brooks Ave | South | Thief River Falls | MN | 56701 | $  79.76 |
| Dept. of Motor Vehicles | Reg Renewal Center | 207 Genesee St. Ste# 6 | Utica | NY | 13501-5899 | $  12.00 |
| Document Solutions | PO BOX 911608 | | DENVER | CO | 80291-1608 | $  4,838.64 |
| Document Solutions Leasing | PO Box 41602 | | Philadelphia | PA | 19101-1602 | $  960.30 |
| Eastern Concrete Cutting Corp. | 2281 Light St. | | Bronx | NY | 10466 | $  31,015.90 |
| ELECTRONIC MOTORS & PUMPS CORP | 466 CARROLL STREET | | BROOKLYN | NY | 11215 | $  816.56 |
| Electrical Inspectors, Inc. | 308 East Meadow Avenue | | East Meadow | NY | 11554 | $  500.00 |
| Exxon Company | Processing Center | P.O. Box 688938 | Des Moines | IA | 50368-8938 | $  28,960.91 |
| EZ Pass New York service Cntr | 1 Edae Water Plaza | | Staten Island | NY | 10305 | $  1,805.00 |
| FC Background, LLC dba FC | 8350 N. Central Expy. | Suite 300 | Dallas | TX | 75206 | $  217.54 |
| FCI | 1450 Broadway | 25th FLOOR | NEW YORK | NY | 10018 | $  7,523.71 |
| FIREMAXX SYSTEMS CORP. | 307 7th Avenue | Suite 507 | New York | NY | 10001 | $  10,100.85 |

Vendors, etc. related to any of the Companies see Schedlue E and Schedule F

| Name | Address_1 | Address_2 | City | State | ZIP | Estimated Amount Owed by Companies (approx/good-faith) |
|---|---|---|---|---|---|---|
| Five Boro Electrical Contracto | 110-14 Jamaica Avenuie | | Richmond Hill | NY | 11418 | $ 100.00 |
| Fleites Safety Inc. | 226 Manhattan Ave | | Brooklyn | NY | 11206 | $ 750.00 |
| FLORIDA DEPARTMENT OF REVENUE | 5050 W TENNESSEE STREET | | TALLAHASSEE | FL | 32399-0051 | $ 200.00 |
| Foxit Software Incorporated | 41841 Albrae Street | | Fremont | CA | 94538 | $ 194.02 |
| FP M AILING SOLUTIONS | 140 N. MITCHELL CT., SUITE# 200 | | ADDISON | IL | 60101-5629 | $ 97.24 |
| FX INDUSTRIES | 293 N. 2260 W | | HURRICANE | UT | 84737 | $ 2,575.00 |
| G&G Electric Supply Co. Inc. | 137 West 24th St. | | New York | NY | 10011 | $ 31.88 |
| Gallant and Wein | 11-20 43rd Road | | Long Island Cty | NY | 11101 | $ 27,617.78 |
| Gary Cavalieri | 137 Charles St. | | Floral Park | NY | 11001 | $ 456.00 |
| GLENNWOOD MASON SUPPLY CO. | 4100 GLENWOOD ROAD | | BROOKLYN | NY | 11210 | $ 17,963.23 |
| Gordon & Rees Scully Mansukhan | 111 Broadway Suite 1700 | | Oakland | CA | 94607 | $ 8,724.00 |
| GRAYBAR ELECRIC | PO BOX 414396 | | Boston | MA | 02241-4396 | $ 872,001.16 |
| GRAINGER | 1000 GRAINGER PARKWAY | | LAKE FOREST | IL | 60046 | $ 747.22 |
| Grant Supplies | 39-15 21st Street | | LIC | NY | 11101 | $ 17,180.88 |
| HERRICK, FEINSTEIN LLP | Two Park Avenue | | New York | NY | 10016 | $ 1,728.62 |
| Hilti, Inc. | PO BOX 70299 | | Philadelphia | PA | 19176-0299 | $ 15,479.79 |
| Hillrom | 1225 Crescent Green | Suite# 300 | Cary | NC | 27518 | $ 11,825.98 |
| The Home Depot | 550 Hamilton Ave. | | Brooklyn | NY | | $ 9,897.99 |
| IDESCO SECURITY SYSTEMS INTEGR | 37 W. 26th Street | | New York | NY | 10010 | $ 375.62 |
| Ingram Micro, Inc. | P.O. Box 844308 | | Boston | MA | 02284-4308 | $ 1,380.59 |
| INTECH 21 | 21 Harbor Park Drive North | | Port Washington | NY | 11050 | $ 73,860.27 |
| IUOE LOCAL 15, 15A, 15C & 15D | 44-40  11th Street | | Long Island City | NY | 11101 | $ 22,392.48 |
| Irinel Razvan Pandrea | 41-12 41st  St.  Apt. 4M | | Sunnyside | NY | 11104 | $ 265.18 |
| JAMAICA ELECTRICAL SUPPLY INC. | 121-02 JAMAICA AVENUE | | RICHMOND HILL | NY | 11418 | $ 788.98 |

Vendors, etc. related to any of the Companies see Schedlue E and Schedule F

| Name | Address_1 | Address_2 | City | State | ZIP | Estimated Amount Owed by Companies (approx/good-faith) |
|---|---|---|---|---|---|---|
| JOHNSON CONTROLS FIRE PROTECTI | 519 8TH AVENUE, | 17TH FLOOR | NEW YORK | NY | 10018 | $ 23,811.06 |
| JOINT INDUSTRY BOARD | 158-11 HARRY VAN ARSDALE JR. AVE | | FLUSHING | NY | 11365 | $ 249,866.04 |
| JPMORGAN CHASE BANK | 270 Park Ave. 41st Floor | | New York | NY | 10017 | $ 25.00 |
| JUNKLUGGERS OF NYC | 33-56 11th STREET | | LONG ISLAND CITY | NY | 11106 | $ 2,008.74 |
| Kaufman Dolowich Voluck, LLP | 135 Crossways Park Drive Suite 20 | | Woodbury | NY | 11797 | $ 8,068.66 |
| LAMPS PLU, INC. | 20250 PLUMMER STREET | | CHATSWORTH | CA | 91311 | $ 292.87 |
| LAUREN T. ENTERPRISES INC. | 800 WESTCHESTER AVENUE | SUITE N-641 | RYE BROOK | NY | 10573 | $ 27,262.00 |
| LAW LIGHTING, INC. | 443 Fifth Avenue | | PELHAM | NY | 10803 | $ 115,080.75 |
| LEDLightingExpert.com | 4616 Valinda PT | | San Diego | CA | 92130 | $ 4,878.54 |
| L.I. ELECTRIC | 230 49th Street | | BROOKLYN | NY | 11220 | $ 308,626.36 |
| LOUIS SCHIFFMAN ELECTRIC | 542 WORTMAN AVENUE | | BROOKLYN | NY | 11208 | $ 19,183.81 |
| Mandelbaum Salsburg-Atty @ law | 3 BECKER FARM RD., SUITE# 105 | | ROSELAND | NJ | 7068 | $ 42,072.27 |
| MARCUM, LLP | 10 Melville Park Rd. | | Melville | NY | 11747 | $ 40,334.50 |
| MATTHEW ORENT | 25 Bayview Road North | | Southampton | NY | 11968 | $ 10,811.60 |
| Mayflower Sales Co. Inc. | 614 Bergen Street | | Brooklyn | NY | 11238 | $ 4,320.80 |
| Messages Inc. | 7 Elk Street Lower Level | | New York | NY | 10007 | $ 173.13 |
| Metropolis Group, Inc. | 22 Cortlandt St. 10th Floor | | New York | NY | 10007 | $ 3,891.88 |
| Microsol Resources Corporation | 214 W 29th St #1100 | | New York | NY | 10001 | $ 1,724.58 |
| ModSpace | 967 Conklin Street | | Farmingdale | NY | | $ 554.17 |
| Montana Datacom | 35-15 11th Street | | LIC | NY | 11106 | $ 141,427.43 |
| Nassau County, NY | Red Light Camera Division | PO Box 742620 | Cincinnati | OH | 45274-2503 | $ 785.51 |
| NATIONAL CONSTRUCTION RENTALS | 44 HOOK RD | | BAYONNE | NJ | 7002 | $ 2,343.87 |
| Nestor del Prado | | | | | | $ 25,659.37 |
| NETWRIX | ADDRESS NOT PROVIDED | | | | | $ 2,141.35 |
| NIHELSKY ESPINOZA | 3900 Bailey Avenue | | Bronx | NY | 10463 | $ 14.00 |
| New Jersey Bus Filing Services | 859 Rt 130 #116 | | East Windsor | NJ | 8520 | $ 128.50 |

Vendors, etc. related to any of the Companies see Schedlue E and Schedule F

| Name | Address_1 | Address_2 | City | State | ZIP | Estimated Amount Owed by Companies (approx/good-faith) |
|---|---|---|---|---|---|---|
| NYC DEPARTMENT OF FINANCE | Church Street Station | P.O. Boc 3640 | New York | NY | 10008-3640 | $ 687.50 |
| NYC WATER BOARD | P.O. BOX 11863 | | NEWARK | NJ | 07101-8163 | $ 117.07 |
| NYC Dept of Finance | 59 Maiden Lane 19th Floor | | New York | NY | 10038-4502 | $ 317.23 |
| NYS MWBE FORUM | | | | | | $ 50.00 |
| Office Depot | P.O. Box88040 | | Chicago | IL | 60680-1040 | $ 294.88 |
| OFFICE SUPPLY.COM | 302 Industrial Drive | | Columbus | WI | 53925 | $ 495.95 |
| OKTA | 100 1st STREET | | SAN FRANCISCO | CA | 94105 | $ 3,786.24 |
| Oracle America, Inc. | Bankl of America Lockbox Services | 15612 Collections center drive | Chicago | IL | 60693 | $ 8,120.30 |
| Professional Act Mgt | PO Box 332 | | Milwaukee | WI | 53201 | $ 51.25 |
| PARKSIDE FIRE + SECURITY | 237 Highland Pkwy | | Buffalo | NY | 14223 | $ 3,780.00 |
| Planned Building Services, Inc | 150 SMITH ROAD | | PARSIPPANY | NJ | 7054 | $ 2,542.58 |
| POWERPAK CIVIL & SAFETY | 225 N. ROUTE 303 | UNIT 108 | CONGERS | NY | 10920 | $ 2,713.21 |
| PRIMARY ELECTRICAL SUPPLY | 129-10 HILLSIDE AVENUE | | RICHMOND HILL | NY | 11418 | $ 7,171.89 |
| Prime Mechanical Systems Inc | 33-59 55th Street | | Woodside | NY | 11377 | $ 3,591.35 |
| Prudential Retirement | PO Box 5610 | | Scranton | PA | 18505-5610 | $ 95,664.62 |
| RACKMOUNT SOLUTIONS | 2805 E. PLANO Pkwy, | #200 | PLANO | TX | 75074 | $ 1,587.51 |
| RBDella Lighting | 101-18 QUEENS BLVD. | | FOREST HILLS | NY | 11375 | $ 643.50 |
| READY REFRESH WATER | 6661 DIXIE HWY | SUITE# 4 | LOUISVILLE | KY | 40258 | $ 362.69 |
| Sage CRE Forms | P.O. Box 230578 | | Portland | ORT | 97281 | $ 196.90 |
| SATCO PRODUCTS, INC. | 110 Heartland Blvd | | Brentwood | NY | 11717 | $ 20,863.39 |
| SEBASTIAN MIERZEJEWSKI | | | | | | $ 102.04 |
| Solomon Madoo | 187 Place | | Hollis | NY | 11423 | $ 9,021.00 |
| Spark Lighting Corp. | 347 37th Street | | Brooklyn | NY | 11232 | $ 66,774.02 |
| Staples Credit Plan | DEPT. 51 - 7810780485 | P.O. Box 689020 | Des Moines | IA | 50368-9020 | $ 73.75 |
| STONY BROOK MANUFACTURING CO. | 652 SCOTT AVENUE | | CALVERTON | NY | 11933 | $ 3,332.00 |
| SUNBELT RENTALS | 150 NASSAU AVENUE | | ISLIP | NY | 11751 | $ 216,457.67 |
| Tanner Bolt & Nut | 714 Montauk Ave | | Brooklyn | NY | 11208 | $ 2,710.99 |
| TIME WARNER CABLE | PO BOX 7186 | | Pasadena | CA | 91109-7186 | $ 5,815.94 |

Vendors, etc. related to any of the Companies see Schedlue E and Schedule F

| Name | Address_1 | Address_2 | City | State | ZIP | Estimated Amount Owed by Companies (approx/good-faith) |
|---|---|---|---|---|---|---|
| Tolls by Mail Payment Processi | PO Box 15183 | | ALbany | NY | 12212-5183 | $      44.34 |
| Total Tool Rentals | 166 Nostrand Avenue | | Brooklyn | NY | 11205 | $     879.16 |
| TRIMBLE, INC. | P.O. BOX 203558 | | DALLAS | TX | 75320-3558 | $  19,489.70 |
| TRUPPLY LLC | 2956 Farrell Rd | | HOUSTON | TX | 77073 | $      23.42 |
| ULE Group NY | 60 Hoffman Avenue | | Hauppauge | NY | 11788 | $ 137,884.84 |
| ULINE | ` | | Chicago | IL | 60680-1741 | $   4,610.56 |
| United Parcel Services | P.O. BOX 7247-0244 | | Philadelphia | PA | 19170 | $     559.49 |
| UNIQUE-POS | 29 CHESTER PL | | NEW ROCHELLE | NY | 10801 | $      76.83 |
| United Capital Funding Group L | PO Box 31246 | | Tanpa | FL | 33631-3246 | $      30.00 |
| Unlimited Technology | 4 Broadway | | Valhalla | NY | 10595 | $   4,906.38 |
| Valley National Bank | 15 Roseland Avenue | | Caldwell | NJ | 7006 | $     250.00 |
| Verizon Wireless | P.O. Box 408 | | Newark | NJ | 07101-0408 | $   8,505.84 |
| VETERAN ELECTRICAL SUPPLY INC. | 864 WILLIS AVENUE | SUITE 4 | ALBERTSON | NY | 11507 | $  41,992.29 |
| VON ROHR EQUIPMENT CORP. | 2 NEW MAIN STREET | | EAST ORANGE | NJ | 7019 | $   4,680.74 |
| VOYA FINANCIAL | P.O. BOX 990065 | | Hartford | CT | 06199-0065 | $     672.61 |
| Wallmart | 850 Cherry Avenue | | San Bruno | CA | 94066 | $      63.04 |
| WISE COMPONENTS. INC | 79 HARBORVIEW AVENUE | | STAMFORD | CT | 6902 | $  29,577.40 |
| Yolanda V. Del Prado | 8 DEBORAH DRIVE | | Somerset | NJ | 8873 | $   3,135.90 |
| York Ladder, Inc | 37 -20 12th Street | | Logn Island City | NY | 11101 | $   2,743.46 |
| Z.A.&D SERVICE STATION INC. | 31-05 38TH AVENUE | | LIC | NY | 11101 | $   6,243.86 |
| Zoom Video Communications Inc | PO Box 398843 | | San Francisco | CA | 94139-8843 | $   5,625.11 |
| Assignar | 1644 Platte St | | Denver | CO | 80202 | |

**Fill in this information to identify your case:**

| Debtor 1 | **David Engel** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 Name | |
| Number     Street | |
| City          State          ZIP Code | |
| 2.2 Name | |
| Number     Street | |
| City          State          ZIP Code | |
| 2.3 Name | |
| Number     Street | |
| City          State          ZIP Code | |
| 2.4 Name | |
| Number     Street | |
| City          State          ZIP Code | |
| 2.5 Name | |
| Number     Street | |
| City          State          ZIP Code | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David Engel** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
☑ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **See Attached Exhibit (Co-Debtors)**<br>**Co-Debtors related to the Companies**<br>**Shareholders, officers, directors, etc. as related Companies,**<br>**holding co's, subs, affiliates, etc.** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.1__<br>☐ Schedule G _____<br>**3100 NW 47th Avenue Property Investors** |
| 3.2 | **See Attached Exhibit (Co-Debtors)**<br>**Co-Debtors related to the Companies**<br>**Shareholders, officers, directors, etc. as related Companies,**<br>**holding co's, subs, affiliates, etc.** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.4__<br>☐ Schedule G _____<br>**AKEEM HAYNES** |
| 3.3 | **See Attached Exhibit (Co-Debtors)**<br>**Co-Debtors related to the Companies**<br>**Shareholders, officers, directors, etc. as related Companies,**<br>**holding co's, subs, affiliates, etc.** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.7__<br>☐ Schedule G _____<br>**ATTACHED SCH E/F EXH "CUSTOMERS OF OR** |

Debtor 1   **David Engel**                                         Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.4   **See Attached Exhibit (Co-Debtors)**<br>**Co-Debtors related to the Companies**<br>**Shareholders, officers, directors, etc. as related Companies,**<br>**holding co's, subs, affiliates, etc.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.1___<br>☐ Schedule G _____<br>**ATTACHED SCH E/F EXH "CUSTOMERS OF OR** |
| 3.5   **See Attached Exhibit (Co-Debtors)**<br>**Co-Debtors related to the Companies**<br>**Shareholders, officers, directors, etc. as related Companies,**<br>**holding co's, subs, affiliates, etc.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.8___<br>☐ Schedule G _____<br>**ATTACHED SCH E/F EXH "EMPLOYEES OF OR** |
| 3.6   **See Attached Exhibit (Co-Debtors)**<br>**Co-Debtors related to the Companies**<br>**Shareholders, officers, directors, etc. as related Companies,**<br>**holding co's, subs, affiliates, etc.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.9___<br>☐ Schedule G _____<br>**ATTACHED SCH E/F EXH "VENDORS OF OR** |
| 3.7   **See Attached Exhibit (Co-Debtors)**<br>**Co-Debtors related to the Companies**<br>**Shareholders, officers, directors, etc. as related Companies,**<br>**holding co's, subs, affiliates, etc.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.2___<br>☐ Schedule G _____<br>**ATTACHED SCH E/F EXH"EMPLOYEES OF OR** |
| 3.8   **See Attached Exhibit (Co-Debtors)**<br>**Co-Debtors related to the Companies**<br>**Shareholders, officers, directors, etc. as related Companies,**<br>**holding co's, subs, affiliates, etc.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.10___<br>☐ Schedule G _____<br>**Attorney David R. Ehrlich** |
| 3.9   **See Attached Exhibit (Co-Debtors)**<br>**Co-Debtors related to the Companies**<br>**Shareholders, officers, directors, etc. as related Companies,**<br>**holding co's, subs, affiliates, etc.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.11___<br>☐ Schedule G _____<br>**Attorney Douglas J Pick** |
| 3.10  **See Attached Exhibit (Co-Debtors)**<br>**Co-Debtors related to the Companies**<br>**Shareholders, officers, directors, etc. as related Companies,**<br>**holding co's, subs, affiliates, etc.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.12___<br>☐ Schedule G _____<br>**Attorney Jeffrey M. Rosenthal** |

Debtor 1    **David Engel**                                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.11    **See Attached Exhibit (Co-Debtors)**
**Co-Debtors related to the Companies**
**Shareholders, officers, directors, etc. as related Companies,**
**holding co's, subs, affiliates, etc.**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.13**___
☐ Schedule G _____
**Attorney Kamini Fox**

3.12    **See Attached Exhibit (Co-Debtors)**
**Co-Debtors related to the Companies**
**Shareholders, officers, directors, etc. as related Companies,**
**holding co's, subs, affiliates, etc.**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.18**___
☐ Schedule G _____
**Chase Auto Finance**

3.13    **See Attached Exhibit (Co-Debtors)**
**Co-Debtors related to the Companies**
**Shareholders, officers, directors, etc. as related Companies,**
**holding co's, subs, affiliates, etc.**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.26**___
☐ Schedule G _____
**Dr Gerald Finkel**

3.14    **See Attached Exhibit (Co-Debtors)**
**Co-Debtors related to the Companies**
**Shareholders, officers, directors, etc. as related Companies,**
**holding co's, subs, affiliates, etc.**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.27**___
☐ Schedule G _____
**Greg Cononico**

3.15    **See Attached Exhibit (Co-Debtors)**
**Co-Debtors related to the Companies**
**Shareholders, officers, directors, etc. as related Companies,**
**holding co's, subs, affiliates, etc.**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.28**___
☐ Schedule G _____
**HANS ARBELAEZ**

3.16    **See Attached Exhibit (Co-Debtors)**
**Co-Debtors related to the Companies**
**Shareholders, officers, directors, etc. as related Companies,**
**holding co's, subs, affiliates, etc.**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.29**___
☐ Schedule G _____
**Illana Morales**

3.17    **See Attached Exhibit (Co-Debtors)**
**Co-Debtors related to the Companies**
**Shareholders, officers, directors, etc. as related Companies,**
**holding co's, subs, affiliates, etc.**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.30**___
☐ Schedule G _____
**Imran Brijbasi**

3.18    **See Attached Exhibit (Co-Debtors)**
**Co-Debtors related to the Companies**
**Shareholders, officers, directors, etc. as related Companies,**
**holding co's, subs, affiliates, etc.**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.32**___
☐ Schedule G _____
**IRAKLI BAJUNAISHVILI**

Debtor 1  **David Engel**                                              Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.19 **See Attached Exhibit (Co-Debtors)**<br>**Co-Debtors related to the Companies**<br>**Shareholders, officers, directors, etc. as related Companies,**<br>**holding co's, subs, affiliates, etc.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.33__<br>☐ Schedule G _____<br>**JASON PASCALL** |
| 3.20 **See Attached Exhibit (Co-Debtors)**<br>**Co-Debtors related to the Companies**<br>**Shareholders, officers, directors, etc. as related Companies,**<br>**holding co's, subs, affiliates, etc.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.34__<br>☐ Schedule G _____<br>**NKOSI DOYLE** |
| 3.21 **See Attached Exhibit (Co-Debtors)**<br>**Co-Debtors related to the Companies**<br>**Shareholders, officers, directors, etc. as related Companies,**<br>**holding co's, subs, affiliates, etc.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.44__<br>☐ Schedule G _____<br>**Valentina Bulgakova** |
| 3.22 **See Attached Exhibit (Co-Debtors)**<br>**Co-Debtors related to the Companies**<br>**Shareholders, officers, directors, etc. as related Companies,**<br>**holding co's, subs, affiliates, etc.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.46__<br>☐ Schedule G _____<br>**White Oak Commerical Finance LLC** |
| 3.23 **See Attached Exhibit (Co-Debtors)**<br>**Co-Debtors related to the Companies** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.15__<br>☐ Schedule G _____<br>**Board of Trustees** |

**Codebtors for employees/customers/vendors:**

EIA Inc.
31-00 47th Avenue, Suite 5100
Long Island City, New York 11101

Electronic Interface Associates, Inc.
31-00 47th Avenue, Suite 5100
Long Island City, New York 11101

EIA Datacom, Inc.
31-00 47th Avenue, Suite 5100
Long Island City, New York 11101

EIA Electric, Inc.
31-00 47th Avenue, Suite 5100
Long Island City, New York 11101

George Engel LIC, LLC
31-00 47th Avenue, Suite 5100
Long Island City, New York 11101

George Engel
30 Village Green
Southampton, New York 11968

Sofia Engel
30 Village Green
Southampton, New York 11968

Alexandra Engel
1314 Conway Circle
Summerville, South Carolina 29486

Matthew Orent
Address 1: 25 Bay View Rd N
Southampton, NY 11968
Address 2: 301 East 87th Street, Apt. 22D
New York, New York 10128

Andreea Orent
Address 1: 25 Bay View Rd N
Southampton, NY 11968
Address 2: 301 East 87th Street, Apt. 22D
New York, New York 10128

Yolanda DelPrado
8 Deborah Drive
Somerset, New Jersey 08873

Charles Schwab & Co., Inc.
211 Main Street
San Francisco, California 94105

ADP TotalSource, Inc.
1 ADP Boulevard
Roseland, New Jersey 07068

1861 Acquisition LLC
c/o Fair Point Servicing LLC
5 Greenwich Office Park, Suite 440
Greenwich, Connecticut 06831

Great Midwest Insurance Company
800 Gessner Road, Suite 600
Houston, Texas 77024

Fill in this information to identify your case:

Debtor 1 __David Engel__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number _____
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income                                    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** | | |
| | If you have more than one job, attach a separate page with information about additional employers. | **Employment status** ☑ Employed ☐ Not employed | ☑ Employed ☐ Not employed |
| | Include part-time, seasonal, or self-employed work. | **Occupation** Software/Technology | Insurance/Benefits Advisor |
| | | **Employer's name** Trinity Integrated Solutions Inc | Marsh & McLennan Agency LLC |
| | Occupation may include student or homemaker, if it applies. | **Employer's address** 5916 Drippings Springs Dr Frisco, TX 75034 | 1166 Avenue of the Americas New York, NY 10036 |
| | | **How long employed there?** Since ~Nov. 2022 | Since 2022 |

**Part 2:**    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 12,650.00 | $ 5,764.50 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 12,650.00 | $ 5,764.50 |

Debtor 1  **David Engel**                                        Case number (*if known*)

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 12,650.00 | $ 5,764.50 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 3,010.00 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 300.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 1,178.38 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify:  **Legal Plan** | 5h.+ | $ 0.00 + | $ 10.00 |

6. **Add the payroll deductions.**  Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   **6.**  $ 3,010.00   $ 1,488.38

7. **Calculate total monthly take-home pay.**  Subtract line 6 from line 4.   **7.**  $ 9,640.00   $ 4,276.12

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** <br> Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** <br> Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** <br> Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. <br> Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: | 8h.+ | $ 0.00 + | $ 0.00 |

9. **Add all other income.**  Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   **9.**  $ 0.00   $ 0.00

10. **Calculate monthly income.**  Add line 7 + line 9.   **10.**  $ 9,640.00 + $ 4,276.12 = $ 13,916.12
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
    Specify:   **11.**  +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   **12.**  $ 13,916.12

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain:

Fill in this information to identify your case:

Debtor 1      **David Engel**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents names.

   ■ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **16** | ☐ No  ■ Yes |
|  |  | ☐ No  ☐ Yes |
|  |  | ☐ No  ☐ Yes |
|  |  | ☐ No  ☐ Yes |

3. **Do you include your expenses include expenses of people other than yourself and your dependents?**

   ■ No
   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $        1,699.16 |
| **If not included in line 4:** | |
| 4a.   Real estate taxes | 4a. $        1,014.29 |
| 4b.   Property, homeowner's, or renter's insurance | 4b. $        724.89 |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c. $        325.00 |
| 4d.   Homeowner's association or condominium dues | 4d. $        67.00 |
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. $        0.00 |

Debtor 1    **David Engel**                                          Case number (if known)

6. **Utilities:**
   6a.  Electricity, heat, natural gas                                                6a. $                330.00
   6b.  Water, sewer, garbage collection                                              6b. $                 75.00
   6c.  Telephone, cell phone, Internet, satellite, and cable services                6c. $                389.00
   6d.  Other. Specify:  **HVAC Maintenance plan**                                    6d. $                 25.00
        **Termanix / Pest Control**                                                       $                 75.00
7. **Food and housekeeping supplies**                                                 7.  $              1,200.00
8. **Childcare and children's education costs**                                       8.  $                189.00
9. **Clothing, laundry, and dry cleaning**                                            9.  $                 75.00
10. **Personal care products and services**                                           10. $                150.00
11. **Medical and dental expenses**                                                   11. $                225.00
12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.                                                      12. $                800.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books**           13. $                300.00
14. **Charitable contributions and religious donations**                             14. $                150.00
15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a.  Life insurance                                                              15a. $               271.00
    15b.  Health insurance                                                            15b. $                 0.00
    15c.  Vehicle insurance                                                           15c. $               525.00
    15d.  Other insurance. Specify:  **Escrow Shortage Insurance Makeup (home
          mortgqage)**                                                                15d. $               271.59
          **Pet insurance**                                                               $                 58.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify:                                                                          16. $                  0.00
17. **Installment or lease payments:**
    17a.  Car payments for Vehicle 1                                                  17a. $               779.71
    17b.  Car payments for Vehicle 2                                                  17b. $               559.29
    17c.  Other. Specify:  **Gym Membership (family-wide)**                           17c. $                60.00
    17d.  Other. Specify:                                                             17d. $                 0.00
18. **Your payments of alimony, maintenance, and support that you did not report as
    deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** 18. $                 0.00
19. **Other payments you make to support others who do not live with you.**               $                 90.00
    Specify:  **Minmal support for out-of-state sister (storage unit/phone)**         19.
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    20a.  Mortgages on other property                                                 20a. $                 0.00
    20b.  Real estate taxes                                                           20b. $                 0.00
    20c.  Property, homeowner's, or renter's insurance                                20c. $                 0.00
    20d.  Maintenance, repair, and upkeep expenses                                    20d. $                 0.00
    20e.  Homeowner's association or condominium dues                                 20e. $                 0.00
21. **Other:** Specify:  **Spouses Expected Credit Card Consolidation**              21. +$               891.00
    **Spouses other debt/miscellaneous**                                                 +$               500.00
    **Expenses related to pet (vet/food/meds/etc)**                                       +$               100.00

22. **Calculate your monthly expenses**
    22a. Add lines 4 through 21.                                                           $             11,918.93
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   $
    22c. Add line 22a and 22b.  The result is your monthly expenses.                       $             11,918.93

23. **Calculate your monthly net income.**
    23a.  Copy line 12 *(your combined monthly income)* from Schedule I.              23a. $             13,916.12
    23b.  Copy your monthly expenses from line 22c above.                             23b. -$            11,918.93

    23c.  Subtract your monthly expenses from your monthly income.
          The result is your *monthly net income*.                                    23c. $              1,997.19

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a
    modification to the terms of your mortgage?
    ■ No.
    ☐ Yes.      Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David Engel** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ David Engel** | X |
|---|---|
| **David Engel** | Signature of Debtor 2 |
| Signature of Debtor 1 | |
| Date **March  8, 2023** | Date |

Official Form 106Dec                     Declaration About an Individual Debtor's Schedules

**Fill in this information to identify your case:**

Debtor 1     **David Engel**

       First Name        Middle Name        Last Name

Debtor 2

(Spouse if, filing)     First Name        Middle Name        Last Name

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF FLORIDA

Case number

(if known)

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy     04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    **Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**

    ■ Married
    ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

    ☐ No
    ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **101 Ocean Lane Apt. 2015 Key Biscayne, FL 33149** | From-To: **2018 - 2021** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ■ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2**    **Explain the Sources of Your Income**

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |

Debtor 1    **David Engel**                                    Case number (*if known*) _____

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $28,000.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, 2022 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $183,401.14 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2021 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $317,490.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **For the calendar year before that:**<br>(January 1 to December 31, 2021 ) | **Early withdrawal from 401K (used to purchase current homestead)** | $66,413.00 | | |

---

**Part 3:**    **List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

    ■ No.    Go to line 7.
    ☐ Yes    List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

    ☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐ No.    Go to line 7.
    ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

Debtor 1   **David Engel**                                                         Case number *(if known)* _____

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

---

**Part 4:**   Identify Legal Actions, Repossessions, and Foreclosures

---

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **AKEEM HAYNES, JASON PASCALL, NKOSI DOYLE, and IRAKLI BAJUNAISHVILI vs. David Engel, et al.** **22-cv-8645** | **Contract/labor law** | **US District Ct, Southern District of NY** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **HANS ARBELAEZ v. EIA ELECTRIC, INC., et al.** **1:23-cv-00069** | **Contract/labor law** | **US District Court, Southern District NY** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Imran Brijbasi v David Engel et al.** **1:21-cv-04746** | **Employment discrimination** | **US District Ct, Eastern District of NY** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **White Oak Commerical Finance v. David Engel, et al.** | | **Supreme Court, New York, Commercial Div.** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Slomins Inc vs DAVID ENGEL** **DC00410216** | **CIVIL JUDGMENT** | **ESSEX COUNTY SPECIAL CIVIL PART** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | | | **- 1,667.00** |

Debtor 1   **David Engel**                                                 Case number *(if known)* _____

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| 3100 47th Avenue Property Investors III, LLC vs EIA Inc. et al.<br>LT301256/2023 | Eviction/damages/ potential personal guarantee | Queens County, County Court, NY City<br>89-17 Sutphin Blvd.<br>Jamaica, NY 11435 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Dr Gerald Finkel/Joint Industry Board of Electric Industry v EIA Electric Inc. et al.<br>22-D60-A-510-dc-MEK-TJL | Arbitration/union violations | Arbitration/State of New York<br>c/o Thomas Lilly Jr<br>437 Madison Avenue, 35th Floor<br>New York, NY 10165 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied? Check all that apply and fill in the details below.

   ■ No. Go to line 11.
   ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| | | | |

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

   ■ No
   ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

   ■ No
   ☐ Yes

### Part 5:   List Certain Gifts and Contributions

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

   ☐ No
   ■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Alexandra Engel<br>1314 Conway Circle<br>Summerville, SC 29486<br><br>Person's relationship to you: **Debtor's Sister** | Family support for unemployed/underemployed sister (who worked at EIA but was not paid throughout 2022 and left in Sept. 2022). In good-faith exchange for his sister's services to EIA, the Debtor provided cash payments approximating $1K + payments for her phone (~$65/month, beginning ~Sept '22) and storage unit (for benefit of both Debtor's sister and mother - Guadalupe Engel @ $89/month). | Over the past 2 years | $3,460.00 |

Debtor 1  **David Engel**                                    Case number *(if known)* _____

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

**Part 6:    List Certain Losses**

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:    List Certain Payments or Transfers**

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Florida Bankruptcy Advisors, P.L.<br>120 E. Oakland Park Blvd.<br>Suite 105<br>Fort Lauderdale, FL 33334<br>Aracelis Engel (Debtor's non-filing spouse) | Attorney Fees related to both pre-filing review and consultation, including review of pending lawsuits and related research.  Total payments related to attorney fees/costs - $4K, except for $338 court filing fee + $45 3-source comprehensive credit/financial report | 2/22/23 ($500) + 3/6/23 ($2K) + 3/7/73 ($1,883, including fees, costs, etc.) | $4,383.00 |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Sanford H. Greenberg Esq<br>Greenberg Freeman LLP<br>110 East 59th Street/22nd Fl<br>New York, NY 10022 | Legal services on company issues | 2022 | $865.00 |
| David R. Ehrlich, Esq<br>401 Franklin Avenue, Suite 300<br>Garden City, NY 11530 | Defense of labor law lawsuit | 2023 | $3,333.33 |

Debtor 1  **David Engel**

Case number (*if known*)

---

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Aracelis Engel**<br>**1900 Corsica Drive**<br>**Wellington, FL 33414**<br><br>**Debtor's Spouse** | **Debtor effectuated adding his spouse to the deed of his homestead property on or about January 13, 2023 (as was originally intended from the date of original purchase in May 2021 (original purchase price of $500K)** | **Original purchase money (of ~$90K) came from joint funds/joint savings account with Debtor's spouse, and from Debtor's exempt 401K.** | **Deed recorded around January 13, 2023** |
| **David Engel**<br>**1900 Corsica Drive**<br>**Wellington, FL 33414**<br><br>**Debtor** | **Direct rollover from Debtor's 401K with prior employer, Electronic Interface Associates, Inc. ("EIA") to IRA/Annuity with Jackson Life Insurance Company (~$154K, see also Schedule B)** | **Direect 401K Rollover** | **Around January 2023** |
| **Napleton's Palm Beach Acura**<br>**6870 Okeechobee Blvdd**<br>**West Palm Beach, FL 33411**<br><br>**N/A** | **2021 Acuras MDX** | **Secured Loan from JP Morgan Chase - Debtor believes return of vehicle satisfied Debt in full** | **~Oct 2021** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)
■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|
| | | |

**Part 8:** List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

Debtor 1    **David Engel**

Case number *(if known)*

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution<br>**Address** (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 9:**  Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ **No**
■ **Yes. Fill in the details.**

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **Minor son** | **1900 Corsica Drive**<br>**Wellington, FL 33414** | **Certain limited furniture/electronics owned as TBE with Debtor's spouse, held in trust for benefit of minor son) - see attachment to Schedule B** | $0.00 |

**Part 10:**  Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

Debtor 1    **David Engel**                                                                     Case number *(if known)*

**25.** **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**26.** **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| Case Title<br>**Case Number** | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:**  **Give Details About Your Business or Connections to Any Business**

**27.** Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☑ An officer, director, or managing executive of a corporation

☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Openessence Inc.**<br>**31 SE 6th Street**<br>**Unit 2301**<br>**Miami, FL 33131** | **SW Consulting.  Business cdeased operations ~2016.  No assets or earnings at time of dissolution**<br><br>**Egamory Tax (Brooklyn, NY)** | **EIN:** **20-4073360**<br><br>**From-To** **~2005 (NY) - 2017 (Foreign Corp registered in FL 2016)** |
| **EIA, Inc.**<br>**31-00 47th Avenue**<br>**Suite 5100**<br>**Long Island City, NY 11101** | **Debtor has a general belief that EIA is a holding company of 3 seperate companies (individually and collectively, the "Company") The Company has multiple lawsuits pending (breach of contract and as related to labor disputes, in general terms), and is the core contributor to Debtor's financial hardships (created through personal guarantees on corporate debt and NY/other statutory laws that allegedly create liability to top shareholders on certain labor related issues, etc.).**<br><br>**Yolanda Delprado (CFO)** | **EIN:** **Unknown**<br><br>**From-To** **1977 (via a former subsidiary) - 2023 (see also SCH B)** |

Debtor 1  **David Engel**                                              Case number (*if known*) _____

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Tracklife LLC**<br>**31-00 47TH AVE**<br>**Long Island City, NY 11101** | **Intrusion detection.  Debtor not directly involved.  Debtor's understnading that company has no operation, no assets and no value**<br><br>**Marcum LLP**<br>**10 Melville Park Road**<br>**Melville, NY 11747-3146** | EIN:     **82-2828606**<br><br>From-To  **4/29/15 - unknown** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ **No**
☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

## Part 12:  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**/s/ David Engel**_____           _____
**David Engel**                                          **Signature of Debtor 2**
**Signature of Debtor 1**

Date   **March  8, 2023**_____          Date   _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☑ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

Debtor 1 **David Engel**
First Name            Middle Name            Last Name

Debtor 2
(Spouse if, filing)    First Name            Middle Name            Last Name

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7          12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.
**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Flagstar Bank**<br><br>Description of property securing debt: **1900 Corsica Drive Wellington, FL 33414  Palm Beach County** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name: **GTE Financial**<br><br>Description of property securing debt: **2019 Honda Civic 33,000 miles VIN: 2HGFC3A51KH755171** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: **continue payments** | ☐ No<br><br>■ Yes |
| Creditor's name: **Space Coast Credit Union**<br><br>Description of property **2021 Acura RDX 13,000 miles VIN: 5J8TC1H67ML020884** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: | ■ No<br><br>☐ Yes |

Debtor 1    **David Engel** _____    Case number *(if known)* _____

securing debt:                                    **continue payments** _____

| Part 2: | List Your Unexpired Personal Property Leases |

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |

| Part 3: | Sign Below |

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X  **/s/ David Engel** _____          X _____
   **David Engel**                                          Signature of Debtor 2
   Signature of Debtor 1

Date    **March  8, 2023** _____          Date _____

Official Form 108          **Statement of Intention for Individuals Filing Under Chapter 7**          page 2

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

> You are an individual filing for bankruptcy, and

> Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

**Chapter 11: Reorganization**

---

|   | $1,167 | filing fee |
|---|---|---|
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

    domestic support obligations,

    most student loans,

    certain taxes,

    debts for fraud or theft,

    debts for fraud or defalcation while acting in a fiduciary capacity,

    most criminal fines and restitution obligations,

    certain debts that are not listed in your bankruptcy papers,

    certain debts for acts that caused death or personal injury, and

    certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# United States Bankruptcy Court
### Southern District of Florida

In re    **David Engel**                                                  Case No. _____

                                    Debtor(s)         Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **March  8, 2023**                    **/s/ David Engel**
                                              **David Engel**
                                              Signature of Debtor

3100 NW 47th Avenue Property Investors
c/o Savanna Real Estate Finds
430 Park Ave. 12th Fl
New York, NY 10022


3100 NW 47th Avenue Property Investors
c/o Belkin Burden et al, Auth Agent
One Grand Central Place
60 East 42nd St. Suite 1620
New York, NY 10165


Affiliated Acceptance Corp
Out Of Business
Sunrise Beach, MO 65079


Affiliated Acceptance Corp
Po Box 790001
Sunrise Beach, MO 65079


Affirm, Inc.
Attn: Bankruptcy
30 Isabella St, Floor 4
Pittsburgh, PA 15212


Affirm, Inc.
650 California St Fl 12
San Francisco, CA 94108


AKEEM HAYNES
c/o JOSEPH & KIRSCHENBAUM, Auth Agent
32 Broadway, Suite 601
New York, NY 10004


AmeriCredit/GM Financial
Attn: Bankruptcy
Po Box 183853
Arlington, TX 76096


AmeriCredit/GM Financial
Po Box 181145
Arlington, TX 76096


Attorney David R. Ehrlich
401 Franklin Avenue, Suite 300,
Garden City, NY 11530

Attorney Douglas J Pick
Pick & Zabicki LLP
369 Lexington Avenue
12th Floor
New York, NY 10017


Attorney Jeffrey M. Rosenthal
Mandelbaum Barrett PC
3 Becker Farm Road, Suite 105
Roseland, NJ 07068


Attorney Kamini Fox
825 East Gate Blvd., Suite 308
Garden City, NY 11530


Attorneys: Weissman & Mintz LLC
One Executive Drive Suite 200
Somerset, NJ 08873


Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899


Barclays Bank Delaware
P.o. Box 8803
Wilmington, DE 19899


Board of Trustees
Communications Workers Local 1109
Pension Fund
1845 Utica Avenue
Brooklyn, NY 11019


Capital Bank N.A.
2275 Research Blvd. Ste 600
Rockville, MD 20850


Capital Bank N.A.
Po Box 8130
Reston, VA 20195


Capitalone
Po Box 31293
Salt Lake City, UT 84131

Chase Auto Finance
Attn: Bankruptcy
Po Box 901076
Fort Worth, TX 76101


Chase Auto Finance
700 Kansas Lane
Monroe, LA 71203


Citibank
Attn: Bankruptcy
P.O. Box 790034
St Louis, MO 63179


Citibank
Po Box 6217
Sioux Falls, SD 57117


Citibank/Best Buy
Attn: Bankruptcy
P.O. Box 790034
St Louis, MO 63179


Citibank/Best Buy
Po Box 6497
Sioux Falls, SD 57117


Comenity Bank/trek
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218


Comenity Bank/trek
Po Box 182789
Columbus, OH 43218


Communications Workers of America Local
Brooklyn
1845 Utica Avenue
Brooklyn, NY 11234


Communications Workers of America Local
Suffolk
39 Baker St,
Patchogue, NY 11772

Covenant Construction LLC
6869 Blue Bay Circle
Attn: Amanda Shields
Lake Worth, FL 33467


Dell Financial Services
Attn: Bankruptcy
P.O. Box 81577
Austin, TX 78708


Dell Financial Services
Po Box 81607
Austin, TX 78708


Discover Financial
Po Box 30939
Salt Lake City, UT 84130


Dr Gerald Finkel
c/o Matthew Kelly, Esq., Auth Agent
158-11 Harry Van Arsdale Jr Ave.
Flushing, NY 11365


Flagstar Bank
Attn: Bankruptcy
5151 Corporate Drive
Troy, MI 48098


Flagstar Bank
5151 Corporate Drive
Troy, MI 48098


Greg Cononico
c/o Seigel & Waxman Law Firm Auth. Agent
591 Stewart Ave., Suite 550
Garden City, NY 11530


GTE Financial
Attn: Bankruptcy
Po Box 172599
Tampa, FL 33672


GTE Financial
711 E. Hendersen
Tampa, FL 33602

```
HANS ARBELAEZ
c/o Goodley McCarthy LLC
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103


Illana Morales
c/o Siegel & Waxman Law Firm Auth. Agent
591 Stewart Ave., Suite 550
Garden City, NY 11530


Imran Brijbasi
c/o Jessica Massimi, Esq. Auth Agent
99 Wall Street
Suite 1264
New York, NY 10005


International Brotherhood of Electrical
Workers
158-11 Harry Van Arsdale Jr. Ave.
Flushing, NY 11365


IRAKLI BAJUNAISHVILI
c/o JOSEPH & KIRSCHENBAUM
32 Broadway, Suite 601
New York, NY 10004


JASON PASCALL
c/o JOSEPH & KIRSCHENBAUM, Auth. Agent
32 Broadway, Suite 601
New York, NY 10004


NKOSI DOYLE
c/o JOSEPH & KIRSCHENBAUM, Auth. Agent
32 Broadway, Suite 601
New York, NY 10004


PHH Mortgage
Attn: Bankruptcy
Po Box 5452
Mount Laurel,, NJ 08054


PHH Mortgage
1 Mortgage Way
Mount Laurel, NJ 08054
```

```
PNC Bank
2730 Liberty Avenue
Pittsburgh, PA 15222


See Attached Exhibit (Co-Debtors)
Co-Debtors related to the Companies


Space Coast Credit Union
Attn: Bankruptcy
8045 N Wickham Road
Melbourne, FL 32940


Space Coast Credit Union
8045 N Wickham Rd
Melbourne, FL 32940


Syncb/hdceap
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Syncb/hdceap
C/o Po Box 965036
Orlando, FL 32896


Syncb/Verizon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Syncb/Verizon
Po Box 965015
Orlando, FL 32896


Synchrony Bank/HH Gregg
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Synchrony Bank/HH Gregg
C/o Po Box 965036
Orlando, FL 32896
```

```
Synchrony Bank/HHGregg
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Synchrony Bank/HHGregg
C/o Po Box 965036
Orlando, FL 32896


Synchrony Bank/Money Sport
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Synchrony Bank/Money Sport
C/o Po Box 965036
Orlando, FL 32896


Synchrony/PayPal Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Synchrony/PayPal Credit
Po Box 965005
Orlando, FL 32896


TD Bank, N.A.
Attn: Bankruptcy
32 Chestnut Street Po Box 1377
Lewiston, ME 04243


TD Bank, N.A.
Td Bank Usbc
Greenville, SC 29607


Thomas J. Lilly, Esq.
Arbitrator
585 Stewart Ave Ste 410
Garden City, NY 11530


Valentina Bulgakova
c/o Seigel & Waxman Law Firm, Auth Agent
591 Stewart Ave., Suite 550
Garden City, NY 11530
```

```
Wells Fargo Dealer Services
Attn: Bankruptcy
1100 Corporate Center Drive
Raleigh, NC 27607


Wells Fargo Dealer Services
Po Box 71092
Charlotte, NC 28272


White Oak Commerical Finance LLC
c/o Thompson Coburn, Auth. Agent
488 Madison Ave
New York, NY 10022
```